PW
11-12-10

B6 Summary (Official Form 6 - Summary) (12/07)

FILED

NOV 12 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

# United States Bankruptcy Court
## Central District of California

In re    Bob Ray Rivera & Debra Diane Rivera        Case No.   6:10-bk- 45080 DS

Debtor

Chapter    11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 2 | $ 2,820,000.00 | | |
| B – Personal Property | YES | 3 | $ 1,057,000.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 2,903,635.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 75,835.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 21,557.80 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 10,770.00 |
| **TOTAL** | | 20 | $ 3,877,000.00 | $ 2,979,470.00 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 32049-391X-00910

REPT. # 6006823

# United States Bankruptcy Court
## Central District of California

In re   Bob Ray Rivera & Debra Diane Rivera          Case No.   _6 :10 bk 45080 DS_

Debtor

Chapter   _11_

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 21,557.80 |
| Average Expenses (from Schedule J, Line 18) | $ 10,770.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 442,535.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 75,835.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 518,370.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.; ver 4.5.7-754-32040-30IX-60940

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.7-754 - 32049-303X-00910

B6A (Official Form 6A) (12/07)

In re   Bob Ray Rivera & Debra Diane Rivera                        Case No.   6:10-bk- 45080 DS
                    Debtor                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1083 Crestbrook Drive<br>1083 Castlebrook Drive<br>Riverside, CA 92506 | Fee Simple | C | 390,000.00 | Exceeds Value |
| 516 Loara<br><br>516 Loara<br>Anaheim, CA | Fee Simple | C | 450,000.00 | 119,420.00 |
| 508 Loara<br>508 Loara<br>Anaheim, CA | Fee Simple | C | 450,000.00 | 428,260.00 |
| 4651 Orange Vista<br>4651 Orange Vista<br>Riverside, CA | Fee Simple | C | 190,000.00 | 189,524.00 |
| 7270 Orchard | Fee Simple | C | 190,000.00 | Exceeds Value |

Total

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-754 - 12040-301X-00910

**B6A (Official Form 6A) (12/07)**

In re __Bob Ray Rivera & Debra Diane Rivera_____     Case No. _6:10 bk 45080 DS_____
    **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 7270 Orchard<br>Riverside, CA | | | | |
| 1424 Pace Court<br>1424 Pace Court<br>Riverside, CA | Fee Simple | C | 175,000.00 | 149,562.00 |
| Reese, Riverside<br>Reese<br>Riverside, CA | Fee Simple | C | 175,000.00 | Exceeds Value |
| 590 Gilmar<br>590 Gilmar<br>Anaheim, CA | Fee Simple | C | 435,000.00 | 368,635.00 |
| 4507 Suwannee Street<br>4507 Suwannee Street<br>Riverside, CA | Co-ownership with son | C | 190,000.00 | Exceeds Value |
| 26492 Silverado Ct.<br>26492 Silverado Ct.<br>Moreno Valley, CA | Co-ownership with son | C | 175,000.00 | 159,843.00 |
| | | Total | 2,820,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.7-754 - 32049-301X-00910

B6B (Official Form 6B) (12/07)

In re   Bob Ray Rivera & Debra Diane Rivera _____      Case No. 6:10-bk- 45080-DS
                                    Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank account | C | 10,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household goods Residence | C | 10,000.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Clothing Residence | C | 2,000.00 |
| 7.  Furs and jewelry. | | Jewelry Residence | C | 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 32049-301X-00910

B6B (Official Form 6B) (12/07) -- Cont.

In re   Bob Ray Rivera & Debra Diane Rivera                                    Case No.   6:10-bk- 45080 DS
                              Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Retirement accounts | C | 8,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Family businesses | C | Indeterminate |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | | Life Insurance | C | 1,000,000.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.7-754 - 12049-301X-00910

B6B (Official Form 6B) (12/07) -- Cont.

In re   Bob Ray Rivera & Debra Diane Rivera                              Case No.   6:10-bk-45080 DS
_____                                          _____
                        Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Ford Edge<br>Residence | C | 8,000.00 |
| | | Ford F150<br>Residence | C | 8,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment and supplies<br>Residence | C | 10,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                    0
                            _____   continuation sheets attached      Total   | $   1,057,000.00

                                            (Include amounts from any continuation
                                            sheets attached. Report total also on
                                            Summary of Schedules.)

B6C (Official Form 6C) (04/10)

In re   Bob Ray Rivera & Debra Diane Rivera                    Case No.   6:10-bk-45080 DS
_____                            _____
                    **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)            ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)                 $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Bank account | C.C.P. 703.140(b)(5) | 10,000.00 | 10,000.00 |
| Household goods | C.C.P. 703.140(b)(3) | 10,000.00 | 10,000.00 |
| Clothing | C.C.P. 703.140(b)(3) | 2,000.00 | 2,000.00 |
| Jewelry | C.C.P. 703.140(b)(4) | 1,000.00 | 1,000.00 |
| Retirement accounts | C.C.P. 703.140(b)(10)(E) | 8,000.00 | 8,000.00 |
| Life Insurance | C.C.P. 703.140(b)(7) | 1,000.000.00 | 1,000,000.00 |
| Ford Edge | C.C.P. 703.140(b)(2) | 0.00 | 8,000.00 |
| Equipment and supplies | C.C.P. 703.140(b)(5) | 10,000.00 | 10,000.00 |
| | Total exemptions claimed: | 1,041,000.00 | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6D (Official Form 6D) (12/07)**

In re   Bob Ray Rivera & Debra Diane Rivera                    ,       Case No.  6:10-bk-45080 05
_____
         Debtor                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1718<br><br>Wachovia Mortgage<br>P.O. Box 1697<br>Winterville, NC 28590 | | C | Security: 508 Loara property<br><br><br><br>VALUE $        450,000.00 | | | | 275,371.00 | 0.00 |
| ACCOUNT NO. 1807<br><br>BAC Home Loans<br>P.O. Box 515503<br>Los Angeles, CA 90051 | | C | Lien: Deed of Trust<br>Security: Suwannee property<br><br><br>VALUE $        190,000.00 | | | | 292,000.00 | 102,000.00 |
| ACCOUNT NO. 5230<br><br>Bac Home Loans<br>P.O. Box 515503<br>Los Angeles, CA 90051 | | C | Lien: Deed of Trust<br>Security: Silverado property<br><br><br>VALUE $        175,000.00 | | | | 159,843.00 | 0.00 |

  3   continuation sheets attached

Subtotal ▶  (Total of this page)    $ 727,214.00    $ 102,000.00

Total  (Use only on last page)    $                  $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.7-754 - 32049-30-IX-00910*

**B6D (Official Form 6D) (12/07) – Cont.**

In re    Bob Ray Rivera & Debra Diane Rivera    ,    Case No.   *6:10·bk  45080 DS*
          **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3710 <br><br> Wachovia Mortgage <br> P.O. Box 1697 <br> Winterville NC. 28590 | | C | Lien: Deed of Trust <br> Security: Gilmar property <br><br><br> VALUE $      368,635.00 | | | | 368,635.00 | 0.00 |
| ACCOUNT NO. 4829 <br><br> Wachovia Mortgage <br> P.O. Box 1697 <br> Winterville, NC 28590 | | C | Lien: Deed of Trust <br> Security: 516 Loara property <br><br><br> VALUE $      450,000.00 | | | | 119,420.00 | 0.00 |
| ACCOUNT NO. 5383 <br><br> Wachovia Mortgage <br> P.O. Box 1697 <br> Winterville, NC 28590 | | C | Lien: Deed of Trust <br> Security: Orange Vista property <br><br><br> VALUE $      190,000.00 | | | | 189,524.00 | 0.00 |
| ACCOUNT NO. 7031 <br><br> Wachovia Mortgage <br> P.O. Box 1697 <br> Winterville, NC 28590 | | C | Lien: Deed of Trust <br> Security: Orchard property <br><br><br> VALUE $      190,000.00 | | | | 310,346.00 | 120,346.00 |
| ACCOUNT NO. 5123 <br><br> Wachovia Mortgage <br> P.O. Box 1697 <br> Winterville, NC 28590 | | C | Lien: Deed of Trust <br> Security: Pace Court property <br><br><br> VALUE $      175,000.00 | | | | 149,562.00 | 0.00 |

Sheet no. _1_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)

Total(s) ▶
(Use only on last page)

$ 1,137,487.00  |  $

$  |  $

(Report also on    (If applicable, report
Summary of Schedules)  also on Statistical
                       Summary of Certain
                       Liabilities and Related

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 32049-301X-*0000

B6D (Official Form 6D) (12/07) – Cont.

In re   Bob Ray Rivera & Debra Diane Rivera                    ,          Case No.   6:10 bk- 45080 DS
               **Debtor**                                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8466<br><br>Wachovia Mortgage<br>P.O. Box 1697<br>Winterville, NC 28590 | | C | Lien: Deed of Trust<br>Security: Reese property<br><br><br>VALUE $          175,000.00 | | | | 285,000.00 | 110,000.00 |
| ACCOUNT NO. 9396<br><br>Wachovia Mortgage<br>P.O. Box 1697<br>Winterville, NC 28590 | | C | Lien: Deed of Trust<br>Security: Crestbrook property<br><br><br>VALUE $          390,000.00 | | | | 101,525.00 | 101,525.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 4902<br><br>Wachovia Mortgage<br>P.O. Box 1697<br>Winterville, NC 28590 | | C | Lien: Deed of Trust<br>Security: 516 Loara property<br><br><br>VALUE $          450,000.00 | | | | 100,856.00 | 0.00 |
| ACCOUNT NO. 0338<br><br>Wachovia Mortgage<br>P.O. Box 1697<br>Winterville, NC 28590 | | C | Lien: Deed of Trust<br>Security: 508 Loara property<br><br><br>VALUE $          4,450,000.00 | | | | 152,889.00 | 0.00 |
| ACCOUNT NO. 2565<br><br>Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306 | | C | Lien: Deed of Trust<br>Security: Crestbrook property<br><br><br>VALUE $          390,000.00 | | | | 398,664.00 | 8,664.00 |

Sheet no. 2 of 3 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                    Subtotal (s)      $ 1,038,934.00    $ 220,189.00
                            (Total(s) of this page)
                                      Total(s)      $ 2,903,635.00    $ 442,535.00
              (Use only on last page)
                                 (Report also on     (If applicable, report
                               Summary of Schedules)    also on Statistical
                                            Summary of Certain
                                            Liabilities and Related

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 32049-301X-00910

B6E (Official Form 6E) (04/10)

In re     Bob Ray Rivera & Debra Diane Rivera                                                    Case No.   6:10-bk-45080 DS
_____,                                                         _____
                              Debtor                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.7-754 - 32049-301X-00910

B6E (Official Form 6E) (04/10) - Cont.

In re   Bob Ray Rivera & Debra Diane Rivera _____ ,        Case No. _6 : 10 bk- 45080 DS_
                              Debtor                                                    (if known)


☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).


☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 32049-303X-00910


                                        __0__  **continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re   Bob Ray Rivera & Debra Diane Rivera    ,          Case No.   6:10-bk-45080 DS
_____
Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9590<br><br>Altura Credit<br>2847 Campus Parkway<br>Riverside, CA 92507 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 9,532.00 |
| ACCOUNT NO.<br><br>Altura Credit Union Visa<br>P.O. Box 60039<br>City of Industry, CA 91716 | | C | Consideration: Credit Card Debt (Unsecured) | | | | Notice Only |
| ACCOUNT NO.  4711<br><br>Arco Gas Pro Plus<br>P.O. Box 70887<br>Charlotte, NC 28272 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 4,436.00 |
| ACCOUNT NO.<br><br>BAC Home Loans<br>P.O. Box 515503<br>Los Angeles, CA 90051 | | C | | | | | Notice Only |

4 ___ continuation sheets attached

Subtotal ➤   $   13,968.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

BankruptcyTrader2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 32049-201X-00910

B6F (Official Form 6F) (12/07) - Cont.

In re    Bob Ray Rivera & Debra Diane Rivera            .        Case No.  _C: 10 bk- 45-0 f 1  DS_
_____        _____
Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3018 Citibank P.O. Box 6241 Sioux Falls, SD 57117 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 6,217.00 |
| ACCOUNT NO.  6067 Discover Financial Services P.O. Box 15316 Wilmington, DE 19850 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 8,610.00 |
| ACCOUNT NO.  4434 Ford Motor Credit P.O. Box 542000 Omaha NE 68154 | | C | Consideration: Automobile financing | | | | 11,920.00 |
| ACCOUNT NO.  2029 Ford Motor Credit P.O. Box 542000 Omaha, NE 68154 | | C | Consideration: Automobile financing | | | | 14,029.00 |
| ACCOUNT NO.  4911 GE Money Bank P.O. Box 103104 Rosewell, GA 30076 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 950.00 |

Sheet no. _1_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 41,726.00

Total▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.7-754 - 32049-201X-00910

B6F (Official Form 6F) (12/07) - Cont.

In re   Bob Ray Rivera & Debra Diane Rivera          .          Case No.   6:10-bk- 45080 DS
                    Debtor                                               (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9263<br><br>GE Money Bank<br>P.O. Box 10314<br>Rosewell, GA 30076 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 3,706.00 |
| ACCOUNT NO. 9492<br><br>Home Depot Credit<br>P.O. Box 182676<br>Columbus, OH 43218 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 2,134.00 |
| ACCOUNT NO. 2965<br><br>Kohl's<br>P.O. Box 2983<br>Milwaukee, WI 53201 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 650.00 |
| ACCOUNT NO. 4407<br><br>Labcorp of America<br>P.O. Box 2240<br>Burlington, NC 27216 | | C | Consideration: Medical Services | | | | 393.00 |
| ACCOUNT NO.<br><br>Litton Loan Servicing<br>4828 Loop Central drive<br>Houston TX 77081 | | C | | | | | Notice Only |

Sheet no. _2_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,883.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.7-754 - 32049-301X-90919

B6F (Official Form 6F) (12/07) - Cont.

In re   Bob Ray Rivera & Debra Diane Rivera                        ,          Case No.  6:10-bk-45080 05
                        **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NDEX West LLC<br>15000 Surveyor Blvd.<br>Suite 500<br>Addison, TX 75001-9013 | | C | | | | | Notice Only |
| ACCOUNT NO.  4526<br><br>Riverside Medical<br>3660 Arlington Ave.<br>Riverside, CA 92506 | | C | Consideration: Medical Services | | | | 68.00 |
| ACCOUNT NO.  8388<br><br>Riverside Medical<br>3660 Arlington Ave.<br>Riverside, CA 92506 | | C | Consideration: Medical Services | | | | 313.00 |
| ACCOUNT NO.  6357<br><br>Shell/Citi Bank<br>P.O. Box 6497<br>Sioux Falls, SD 57117 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 2,034.00 |
| ACCOUNT NO.<br><br>Specialized Loan<br>8742 Lucent Blvd.<br>Suite 300<br>Highland Ranch CO 80129 | | C | | | | | Notice Only |

Sheet no. _3_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 2,415.00
Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.7-754 - 32049-301X-00910

B6F (Official Form 6F) (12/07) - Cont.

In re   Bob Ray Rivera & Debra Diane Rivera                    ,          Case No.   6:10 - bk - 45080 DS
                                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Wachovia Mortgage P.O. Box 1697 Winterville, NC 28590 | | C | | | | | Notice Only |
| ACCOUNT NO.  5752  Wells Fargo Card Services 18700 NW Walker Rd. Beaverton, OR 97006 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 10,843.00 |
| ACCOUNT NO.  2565  Wells Fargo Home Mortgage P.O. Box 10335 Des Moines, IA 50306 | | C | | | | | Notice Only |
| ACCOUNT NO.  | | | | | | | |
| ACCOUNT NO.  | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

|  | Subtotal▶ | $ | 10,843.00 |
|---|---|---|---|
|  | Total▶ | $ | 75,835.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  Bob Ray Rivera & Debra Diane Rivera    Case No.  6:10-bk-45080 DS
_____          _____
           Debtor                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7.754 - 32049-301X-00910

**B6H (Official Form 6H) (12/07)**

In re   Bob Ray Rivera & Debra Diane Rivera                           Case No.   6:10 bk-45 df0 Ds
_____                              _____
            **Debtor**                                                        **(if known)**

## SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.7-754 - 32049-301X-06910

B6I (Official Form 6I) (12/07)

In re __Bob Ray Rivera & Debra Diane Rivera__    Case __6:10 bk - 45080-DS__
        Debtor                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son, son, son | AGE(S): 32, 30, 29 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | Teacher |
| Name of Employer | | Eden Lutheran Church |
| How long employed | | |
| Address of Employer | | 4725 Brockton Ave. |
| | | Riverside, CA 92506 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 3,358.33 |
| 2. Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 3,358.33 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 100.53 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 100.53 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 3,257.80 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 7,500.00 | $ 0.00 |
| 8. Income from real property | $ 10,800.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance ( Specify) _____ | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income _____ (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 18,300.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 18,300.00 | $ 3,257.80 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | | $ 21,557.80 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

None

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 32049-301X-909910

**B6J (Official Form 6J) (12/07)**

In re  Bob Ray Rivera & Debra Diane Rivera _____    Case No. __6:10 - bk - 45080 DS__
_____Debtor_____                                                              __(if known)__

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

     Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 3,150.00 |
|     a. Are real estate taxes included?     Yes _____ No ✓ | | |
|     b. Is property insurance included?     Yes _____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 220.00 |
|     b. Water and sewer | | $ 125.00 |
|     c. Telephone | | $ 135.00 |
|     d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 75.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 150.00 |
| 8. Transportation (not including car payments) | | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 200.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | | $ 0.00 |
|     b. Life | | $ 115.00 |
|     c. Health | | $ 700.00 |
|     d. Auto | | $ 500.00 |
|     e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | | $ 0.00 |
|     b. Other _____ | | $ 0.00 |
|     c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 4,800.00 |
| 17. Other _____ | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $ 10,770.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None _____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|     a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $3,257.80. See Schedule I) | | $ 21,557.80 |
|     b. Average monthly expenses from Line 18 above | | $ 10,770.00 |
|     c. Monthly net income (a. minus b.)     (Net includes Debtor/Spouse combined Amounts) | | $ 10,787.80 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 12049-301X-00910

Ultimate Building Services, LLC
Profit & Loss
January 1 through August 26, 2010

Ordinary Income/Expense
Income
Reimbursed Expense
Services                          452.08
Total Income                     46,391.07      6,012

Expense
Supplies
Automobile Expense
7012 · Automobile Expense

Bestway Facilities Maintenance
Profit & Loss
January 1 through August 26, 2010

                                  Jan 1 - Aug 26, 10

Ordinary Income/Expense
Income
4030 · Services - Residential         15,700.00
4045 · Sales - Supplies                  56.00
4049 · Commercial Services

Total Income                          15,123.95      1788.25
                                                      Inc

Cost of Goods Sold
5040 · COGS - Residential Services      537.00
5060 · COGS - Janitorial/Salaries       356.75
5070 · COGS - Landscape Mainten.        250.00

Total COGS                            1,593.75

Gross Profit                          12,487.00

Expense
5380 · Insurance
5410 · Liability Insurance              190.51
5385 · Insurance - Auto               2,224.52

Total 5380 · Insurance                2,412.13

5750 · Repairs
6750 · Equipment Repair                  16.31
6750.9 · Repair - Other               1,190.46

Total 5750 · Repairs                  1,124.13

6940 · Utilities
6870 · Telephone                        315.81

Total 6940 · Utilities                  315.81

7010 · Automobile Expense               467.68
7011 · Auto Gas Charges                1,196.60
7021 · Bank Debit Expense                51.00
7022 · Bank Service Charges            1,220.13
7024 · Dues and Subscriptions            51.30
7026 · Rental & Rent                    120.32
7032 · Advertising                      497.00
7042 · Professional Fees                601.30
7045 · Office Expense                   190.90
7086 · Miscellaneous                     29.75

Total Expense                         10,528.00

Net Ordinary Income                   2,958.12

Net Income                            2,958.12

B6 (Official Form 6 - Declaration) (12/07)

Bob Ray Rivera & Debra Diane Rivera

In re _____        Case No. _6:10 -6h- 450F0 0S_
                    **Debtor**                                      **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___22___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _October 29, 2010_         Signature: _____
                                                   **Debtor**

Date _October 29, 2010_         Signature: _____
                                            **(Joint Debtor, if any)**

                                      [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,        Social Security No.
of Bankruptcy Petition Preparer           *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____       _____
   Signature of Bankruptcy Petition Preparer           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature: _____

                                  _____
                                  [Print or type name of individual signing on behalf of debtor.]

     *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.7-754 - 32049-301X-00910

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In Re  Bob Ray Rivera & Debra Diane Rivera _____     Case No. _6:10-bk-45080 DS_
                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

------------------

### 1. Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| Subje2010(dbpuntin | 10,574 | Operation of family businesses |
| 2009(db) | 10,574 | Unemployment |
| 2008(db) | 97,029 | Weber Distrib. and unemployment |
| | | |
| Subje2010(jdbpuntin | 12,000 | |
| 2009(jdb) | 12,000 | Teaching position and operation of family business |
| 2008(jdb) | 20,000 | Teaching position and operation of family business |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 32048-301X-00910

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2010  (db) | Gross rental income from investment properties |
| (db) | |
| 2010(jdb) | Same source of income attributable to husband |
| (jdb) | |

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See attached schedule.

None ☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☒    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None

☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None

☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Litton Loan 4828 Loop Central Drive Houston, TX 77081 | 9/09 | 27414 Delphinium, Moreno Valley, CA $200,000 value; foreclosure of deed of trust loan balance $336,000 |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Specialized Loan<br>8742 Lucent Blvd.<br>Suite 300<br>highland Ranch, CO 80129 | 9/09 | 27414 Delphinium,<br>Moreno valley, CA.<br>2nd deed of trust in the<br>amount of $87,645; value<br>of collateral $200,000. |

#### 6. Assignments and Receiverships

None ☒  a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7.   Gifts

None ☒     List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 32049-361X-0/0910

**8. Losses**

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Philip Dapeer<br>Philip D. Dapeer, a law corporation<br>2625 Townsgate Road<br>Suite 330<br>Westlake Village, CA 91361 | October 28, 2010 | $11,039.00 |

**10. Other transfers**

None ☒    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☒

    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☒

    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☒

    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

            NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Ultimate Cleaning LLC. | 82-0547535 | 1083 Crestbrook Drive Riverside, CA | Janitorial | 2005 to present |
| Bestway Maintenance | Sole proprietorship | 1083 Crestbrook Drive Riverside, CA | Janitorial | 2005 to present |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, record and financial statements

None
☐

a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                            DATES SERVICES RENDERED

Guthrie Tax Services
1902 Orange Tree Lane
Suaite 130
Redlands, CA 92347

None
☒

b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                ADDRESS                                DATES SERVICES RENDERED

None
☒

c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                ADDRESS

None   d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☒     a financial statement was issued within the two years immediately preceding the commencement of this case by
      the debtor.

NAME AND ADDRESS                              DATE
                                             ISSUED

### 20. Inventories

None   a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒     taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                        (Specify cost, market or other basis)

None   b.    List the name and address of the person having possession of the records of each of the two inventories
☒     reported in a., above.

DATE OF INVENTORY                            NAME AND ADDRESSES OF CUSTODIAN OF
                                             INVENTORY RECORDS

### 21. Current Partners, Officers, Directors and Shareholders

None   a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None   b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☒     directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS          TITLE          NATURE AND PERCENTAGE OF
                                         STOCK OWNERSHIP

### 22. Former partners, officers, directors and shareholders

None   a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒     immediately preceding the commencement of this case.

NAME                      ADDRESS          DATE OF WITHDRAWAL

None  b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒       terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                    DATE OF TERMINATION

### 23.  Withdrawals from a partnership or distribution by a corporation

None      If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
☒       insider, including compensation in any form. bonuses, loans, stock redemptions, options exercised and any other
        perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF                  DATE AND PURPOSE              AMOUNT OF MONEY OR
RECIPIENT, RELATIONSHIP              OF WITHDRAWAL                DESCRIPTION AND
TO DEBTOR                                                       VALUE OF PROPERTY

### 24.  Tax Consolidation Group

None      If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
☒       corporation of any consolidated group for tax purposes of which the debtor has been a member at any time
        within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION             TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25.  Pension Funds

None      If the debtor is not an individual, list the name and federal taxpayer identification number of any pension
☒       fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year
        period immediately preceding the commencement of the case.

NAME OF PENSION FUND                   TAXPAYER IDENTIFICATION NUMBER (EIN)

\*    \*    \*    \*    \*    \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___October 29, 2010___        Signature
                                   of Debtor ___BOB RAY RIVERA___

Date ___October 29, 2010___        Signature
                                   of Joint Debtor ___DEBRA DIANE RIVERA___

___0___ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

B22B (Official Form 22B) (Chapter 11) (01/08)

In re    Bob Ray Rivera & Debra Diane Rivera
<div align="center">Debtor(s)</div>

Case Number:   6:10 -bk- 45080 DS
<div align="center">(If known)</div>

<div align="center">

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

</div>

In addition to Schedule I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you divide the six-month total by six, and enter the result on the appropriate line. | | **Column A Debtor's Income** | **Column B Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $  0.00 | $ 3,358.33 |
| 3 | **Net income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference on Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero | | | |
| | a. | Gross receipts | $ 7,500.00 | | |
| | b. | Ordinary and necessary business expenses | $ 4,800.00 | | |
| | c. | Business Income | Subtract Line b from Line a | $  0.00 | $ 2,700.00 |
| 4 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference on Line 4. Do not enter a number less than zero. | | | |
| | a. | Gross receipts | $ 10,800.00 | | |
| | b. | Ordinary and necessary operating expenses | $ 0.00 | | |
| | c. | Business Income | Subtract Line b from Line a | $ 10,800.00 | $ 10,800.00 |
| 5 | **Interest, dividends and royalties.** | | $  0.00 | $  0.00 |
| 6 | **Pension and retirement income.** | | $  0.00 | $  0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the the debtor's spouse if Column B is completed. | | $  0.00 | $  0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ ___0.00___ Spouse $ ___0.00___ | | $  0.00 | $  0.00 |

<div style="writing-mode: vertical">Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver  4.5.7-754 - 32049-301X-00910</div>

Case 6:10-bk-45080-SY   Doc 9   Filed 11/12/10   Entered 11/15/10 16:06:57   Desc
B22B (Official Form 22B) (Chapter 11) (02/2008)   Main Document   Page 39 of 58

2

| | | | | |
|---|---|---|---|---|
| 9 | **Income from all other sources.** If necessary, list additional sources on a separate page. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount. | | | |
| | a. | $ 0.00 | | |
| | b. | $ 0.00 | | |
| | Total and enter on Line 9 | | $ 0.00 | $ 0.00 |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | $ 10,800.00 | $ 16,858.33 |
| 11 | **Total Current Monthly.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | | $ 27,658.33 |

## Part VIII: VERIFICATION

| | |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* |
| | Date: October 29, 2010    Signature: _____ (Debtor) |
| | Date: October 29, 2010    Signature: _____ (Joint Debtor, if any) |

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Central District of California

In re   Bob Ray Rivera & Debra Diane Rivera _____    Case No.   6:10-bk-45080-DS _____

_____

**Debtor**    **(If known)**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code

_____        Social Security number (If the bankruptcy petition
Printed name and title, if any, of Bankruptcy Petition Preparer        preparer is not an individual, state the Social Security
Address:        number of the officer, principal, responsible person,
        or partner of the bankruptcy petition preparer.)
_____        (Required by 11 U.S.C. § 110.)

X_____
Signature of Bankruptcy Petition Preparer or officer,
Principal, responsible person, or partner whose Social
Security number is provided above.

### Certification of the Debtor

I, (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code

Bob Ray Rivera & Debra Diane Rivera _____        X_____    October 29, 2010
Printed Names(s) of Debtor(s)        Signature of Debtor        Date

Case No. (if known)   6:10-bk-45080-DS        X_____    October 29, 2010
        Signature of Joint Debtor, (if any)        Date

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B203
12/94

# United States Bankruptcy Court
### Central District of California

In re  Bob Ray Rivera & Debra Diane Rivera

Case No.  _6-10- bk- 45180 DS_

Chapter  _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................................... $ ____0.00____

Prior to the filing of this statement I have received .................................... $ __11,039.00__

Balance Due ......................................................................................... $ ____0.00____

2.  The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed]

Debtors will pay attorney on an hourly fee basis at $350 per hour plus costs and disbursements as approved by the court on appropriate application by the attorney

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 32049-101X-00910

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

October 29, 2010

_____          _____
Date                                              Signature of Attorney

                                                    Philip D. Dapeer, a law corporation
                                                    _____
                                                    Name of law firm

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: *6:10-bk- 45080 DS* |
|---|---|
| *Bob Ray Rivera* *Debra Diane Rivera* | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |
| Debtor. | |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *11,039.00*

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other *(specify)*

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other *(specify)*

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e. [Other provisions as needed].

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)                1998 USBC, Central District of California

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services

*Debtors will pay attorney on an hourly fee basis at $350.00 per hour plus costs and disbursements*

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_11/8/10_
Date

_Signature of Attorney_

_Philip Dapeer a law corp_
Name of Law Firm

February 2006                                                    2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br><br>*Bob Roy, and Debra Diane Rivera*<br><br>Debtor(s). | CHAPTER: *11*<br><br>CASE NO.: *6:10-bk- 45080 DS* |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, _____*Bob Roy Rivera*_____, the debtor in this case, declare under penalty
                  *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
       *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☑    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____*Debra Diane Rivera*_____, the debtor in this case, declare under penalty of
                  *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☑    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
       *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date   *11/8/10* _____      Signature _____
                                           *Debtor*

Date   *11/8/10* _____      Signature _____
                                     *Joint Debtor (if any)*

EDEN LUTHERAN CHURCH
CHILD CARE GENTER ACCOUNT
4725 BROCKTON AVE
RIVERSIDE,CA 92506

C536-000300

16-0066
1220

06/23/2008    **3474**
DATE    CHECK NO.

PAY TO THE
ORDER OF

DEBRA D RIVERA
1083 CREST BROOK DR
TORRANCE CA  90506

**VOID**

AMOUNT

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

**\*\* Non Negotiable \*\***

BANK OF AMERICA
3650 14TH ST
RIVERSIDE,CA 92501

DEPOSIT ACCOUNT
7381049399

DEPOSIT AMOUNT
******518.99

AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

🐾 FOLD AND REMOVE                                    FOLD AND REMOVE 🐾

| YOUR BANKING | | | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| ITEM | AMOUNT | DEPOSIT TO ACCT # | REGULAR | 55.00 | 10.500 | 577.50 | |
| NET | 518.99 | 7381049399 | | | | | |

| | | | | | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| TOTAL EARNINGS | | | | | 577.50 | 7549.51 |

| EMPLOYER INFORMATION | | FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| EDEN LUTHERAN CHURCH | | | SOC SEC | 35.81 | 468.11 |
| CHILD CARE CENTER ACCOUNT | | | MEDICARE | 8.37 | 109.43 |
| 4725 BROCKTON AVE | | M 01 | FEDERAL | 13.52 | 179.95 |
| RIVERSIDE,CA 92506 | | M 01 | CA | .81 | 10.94 |

PAY PERIOD 06/03/08 TO 06/16/08
CHECK DATE 06/23/08    CHECK #   3474

| | AMOUNT | YTD AMOUNT |
|---|---|---|
| TOTAL WITHHOLDINGS | 58.51 | 768.43 |

| PERSONAL INFORMATION | ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| DEBRA D RIVERA | | | |
| 1083 CREST BROOK DR | | | |
| TORRANCE CA  90506 | | | |

SS# XXX-XX-8679 EMPL# 000090 DEPT# 000300



**SURE**PAYROLL

*The Online Alternative™*

My Payday!                My Check                My History                My User Profile

Logout

## My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

| | |
|---|---|
| **Name:** | DEBRA RIVERA |
| **Social Security #:** | ***-**-8679 |
| **Check Date:** | 10/8/2010 |

---

10/8/2010

EDEN LUTHERAN SCHOOL
4725 BROCKTON AVENUE
RIVERSIDE, CA 925060000

PAY TO THE ORDER OF   **DEBRA RIVERA**
**1083 CRESTBROOK**
**RIVERSIDE, CA 925060000**

Net $***$582.51

| Check Date 10/8/2010 | Period Start 9/17/2010 | Period End 10/1/2010 | Employee ID EID:2HH1:8 | Net Pay $582.51 | |
|---|---|---|---|---|---|
| Earnings | | Taxes | | Deductions | Year to Date |
| Type    Hours   Rate    Amount<br>REGULAR 58.56 10.82   633.62 | | FICA      39.29<br>MEDFICA 9.18<br>STATE     2.64 | | | GROSS      11,917.39<br>REGULAR    11,917.39<br>FICA          738.88<br>MEDFICA      172.80<br>STATE          42.46 |
| TOTALS              633.62 | | 51.11 | | 0.00 | 10,963.25 |

SurePayroll — Online Payroll Service — Small Business Payroll Outsourcing
©2010 SurePayroll ® All Rights Reserved  (9)



*The Online Alternative™*

My Payday!                My Check                My History                My User Profile

Logout

## My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit,
taxes, or current deductions, **please contact your company's payroll administrator**.

**Name:**                    DEBRA RIVERA
**Social Security #:**        ***-**-8679
**Check Date:**               10/22/2010

---

10/22/2010

EDEN LUTHERAN SCHOOL
4725 BROCKTON AVENUE
RIVERSIDE, CA 925060000

PAY TO THE        **DEBRA RIVERA**
ORDER OF          **1083 CRESTBROOK**                    Net $***$552.43
                  **RIVERSIDE, CA 925060000**

---

| Check Date 10/22/2010 | Period Start 10/2/2010 | Period End 10/15/2010 | Employee ID EID:2HH1:8 | Net Pay $552.43 |
|---|---|---|---|---|
| Earnings | | Taxes | Deductions | Year to Date |

| Type  Hours  Rate  Amount | Taxes | Deductions | Year to Date | |
|---|---|---|---|---|
| REGULAR 28.03 10.82  303.28 | DISAB  0.00 | | GROSS | 12,517.95 |
| VACTION             297.28 | FED  0.00 | | REGULAR | 12,220.67 |
| | WTH | | VACTION | 297.28 |
| | FICA  37.23 | | DISAB | 0.00 |
| | MEDFICA 8.71 | | FED | 0.00 |
| | STATE  2.19 | | WTH | |
| | | | FICA | 776.11 |
| | | | MEDFICA | 181.51 |
| | | | STATE | 44.65 |
| TOTALS              600.56 | 48.13 | 0.00 | | 11,515.68 |

SurePayroll — Online Payroll Service — Small Business Payroll Outsourcing
©2010 SurePayroll ® All Rights Reserved  (5)



**SURE**PAYROLL

*The Online Alternative™*

My Payday!              My Check              My History              My User Profile

Logout

## My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

| | |
|---|---|
| **Name:** | DEBRA RIVERA |
| **Social Security #:** | ***-**-8679 |
| **Check Date:** | 11/5/2010 |

---

11/5/2010

EDEN LUTHERAN SCHOOL
4725 BROCKTON AVENUE
RIVERSIDE, CA 925060000

PAY TO THE
ORDER OF

**DEBRA RIVERA**
**1083 CRESTBROOK**
**RIVERSIDE, CA 925060000**

Net $***$556.32

---

| Check Date 11/5/2010 | Period Start 10/16/2010 | Period End 10/29/2010 | Employee ID EID:2HH1:8 | Net Pay $556.32 | |
|---|---|---|---|---|---|
| Earnings | | Taxes | Deductions | Year to Date | |
| Type   Hours  Rate    Amount<br>REGULAR 55.9  10.82    604.84<br>VACTION                  0.00 | | DISAB   0.00<br>FED<br>WTH    0.00<br>FICA    37.50<br>MEDFICA 8.77<br>STATE   2.25 | | GROSS    13,122.79<br>REGULAR  12,825.51<br>VACTION    297.28<br>DISAB        0.00<br>FED<br>WTH         0.00<br>FICA       813.61<br>MEDFICA    190.28<br>STATE       46.90 | |
| **TOTALS** | 604.84 | 48.52 | 0.00 | 12,072.00 | |

**Ultimate Cleaning Services LLC**

1983 Crestbrook Dr. Riverside, C

Sara D Rivera

| Location | | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Riverside CA | | 80.00 | 80.00 | 250.00 | 4150.00 |

Period Begin 8/23/2010
Period End 9/5/2010
Check Date 9/10/2010
Check Number 10009

Location
Riverside CA
Department

Earnings Description

Benny Number -00698 33

| Deductions | | |
|---|---|---|
| Description | Current | Year To Da |
| Federal (250.00) | | |
| Soc Sec (250.00) | 15.50 | 257 |
| Medicare (250.00) | 3.63 | 60 |
| CA-State (250.00) | | |
| CA-SDI (250.00) | 2.75 | 45. |

| 228.12 | Total Direct Deposits | 80.00 | 250.00 | 4150.00 | Total Deductions | 21.88 | 363.13 |
|---|---|---|---|---|---|---|---|
| | | | | | Check Amount | 228.12 | 3786.87 |

# Ultimate Cleaning Services LLC

1083 Crestbrook Dr. Riverside, CA 02508

## Debra D Rivera

| Company | Period Begin | 10/4/2010 | Location | Riverside CA |
| --- | --- | --- | --- | --- |
| 7000638 | Period End | 10/17/2010 | Department | |
| Number | Check Number | 10022 | | |
| 33 | Check Date | 10/22/2010 | | |
| Hire Date | | | | |
| 5/25/2005 | | | | |

### Earnings

| Description | Location | Rate | Hours | Current | Year To Date |
| --- | --- | --- | --- | --- | --- |
| Salary | Riverside CA | | 80.00 | 250.00 | 4900.00 |

### Deductions

| Description | Current | Year To Date |
| --- | --- | --- |
| Federal (250.00) | | |
| Soc Sec (250.00) | | |
| Medicare (250.00) | 15.50 | 303.80 |
| CA-State (250.00) | 3.62 | 71.05 |
| CA-SDI (250.00) | 2.75 | 53.90 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Total Earnings | | 80.00 | 250.00 | 4900.00 | Total Deductions | 21.87 | 428.75 |
| NET PAY | | | 228.13 | Total Direct Deposits | | Check Amount | 228.13 | 4471.26 |



# Ultimate Cleaning Services LLC

1083 Creekbrook Dr. Riverside, CA 92506

ora D Rivera

| | |
|---|---|
| Period Begin | 8/8/2010 |
| Period End | 8/18/2010 |
| Check Number | 10014 |
| Check Date | 8/24/2010 |

| Location | Riverside CA |
| Department | |

## Earnings

| Location | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Riverside CA | | 80.00 | 250.00 | 4400.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Federal (250.00) | | |
| Soc Sec (250.00) | 15.50 | 272.80 |
| Medicare (250.00) | 3.62 | 63.80 |
| CA-State (250.00) | | |
| CA-SDI (250.00) | 2.75 | 48.40 |

| | | | | | |
|---|---|---|---|---|---|
| Total Earnings | 80.00 | 250.00 | 4400.00 | Total Deductions | 21.87 | 365.00 |
| NET PAY | 228.13 | Total Direct Deposits | 228.13 | Check Amount | 228.13 | 4015.00 |

## Ultimate Cleaning Services LLC

1083 Crestbrook Dr Riverside, CA 92506

**Debra D Rivera**

| Company | 700D658 | Period Begin | 10/16/2010 | Location | Riverside CA |
| Number | 33 | Period End | 10/31/2010 | Department | |
| | | Check Number | 10391/2010 | | |
| Hire Date | 9/25/2005 | Check Date | 10025 | | |
| | | | 11/5/2010 | | |

### Earnings

| Description | Location | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | Riverside CA | | 80.00 | 250.00 | 5150.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Federal (250.00) | | |
| Soc Sec (250.00) | 15.50 | 319.30 |
| Medicare (250.00) | 3.63 | 74.68 |
| CA-State (250.00) | | |
| CA-SDI (250.00) | 2.76 | 56.85 |

| | | | Current | Year To Date |
|---|---|---|---|---|
| Total Earnings | | 80.00 | 250.00 | 5150.00 |
| NET PAY | | | | |

| Total Direct Deposits | Total Deductions | | |
|---|---|---|---|
| 228.12 | Check Amount | 21.88 | 450.63 |
| | | 228.12 | 4599.37 |

Rivera

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re    Bob Ray Rivera & Debra Diane Rivera _____ ,

Debtor

Case No. _____

Chapter    11 _____

## VERIFICATION OF CREDITOR MATRIX

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 5

pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule

105(6). I assume all responsibility for errors and omissions.

Date    October 29, 2010 _____

Signature
of Debtor    BOB RAY RIVERA

Date    October 29, 2010 _____

Signature
of Joint Debtor    DEBRA DIANE RIVERA

Philip Dapeer
Philip D. Dapeer, a
law corporation
2625 Townsgate Road
Suite 330
Westlake Village, CA 91361
323-954-9144
323-954-0457

Bob Ray Rivera
1083 Crestbrook Drive
Riverside, California 92506

Debra Diane Rivera
1083 Crestbrook Drive
Riverside, California 92506

Philip Dapeer
Philip D. Dapeer, a law corporation
2625 Townsgate Road
Suite 330
Westlake Village, CA 91361

Wachovia Mortgage
P.O. Box 1697
Winterville, NC 28590

Altura Credit
2847 Campus Parkway
Riverside, CA 92507

Altura Credit Union Visa
P.O. Box 60039
City of Industry, CA 91716

Arco Gas Pro Plus
P.O. Box 70887
Charlotte, NC 28272

BAC Home Loans
P.O. Box 515503
Los Angeles, CA 90051

BAC Home Loans
P.O. Box 515503
Los Angeles, CA 90051

Bac Home Loans
P.O. Box 515503
Los Angeles, CA 90051

Citibank
P.O. Box 6241
Sioux Falls, SD 57117

Discover Financial Services
P.O. Box 15316
Wilmington, DE 19850

Ford Motor Credit
P.O. Box 542000
Omaha NE 68154

Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154

GE Money Bank
P.O. Box 103104
Rosewell, GA 30076

GE Money Bank
P.O. Box 10314
Rosewell, GA 30076

Home Depot Credit
P.O. Box 182676
Columbus, OH 43218

Kohl's
P.O. Box 2983
Milwaukee, WI 53201

Labcorp of America
P.O. Box 2240
Burlington, NC 27216

Litton Loan Servicing
4828 Loop Central drive
Houston TX 77081

NDEX West LLC
15000 Surveyor Blvd.
Suite 500
Addison, TX 75001-9013

Riverside Medical
3660 Arlington Ave.
Riverside, CA 92506

Riverside Medical
3660 Arlington Ave.
Riverside, CA 92506

Shell/Citi Bank
P.O. Box 6497
Sioux Falls, SD 57117


Specialized Loan
8742 Lucent Blvd.
Suite 300
Highland Ranch CO 80129


Wachovia Mortgage
P.O. Box 1697
Winterville NC. 28590


Wachovia Mortgage
P.O. Box 1697
Winterville, NC 28590


Wachovia Mortgage
P.O. Box 1697
Winterville, NC 28590


Wachovia Mortgage
P.O. Box 1697
Winterville, NC 28590


Wachovia Mortgage
P.O. Box 1697
Winterville, NC 28590


Wachovia Mortgage
P.O. Box 1697
Winterville, NC 28590


Wachovia Mortgage
P.O. Box 1697
Winterville, NC 28590


Wachovia Mortgage
P.O. Box 1697
Winterville, NC 28590


Wachovia Mortgage
P.O. Box 1697
Winterville, NC 28590

Wachovia Mortgage
P.O. Box 1697
Winterville, NC 28590

Wachovia Mortgage
P.O. Box 1697
Winterville, NC 28590

Wells Fargo Card Services
18700 NW Walker Rd.
Beaverton, OR 97006

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306