PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone: (323) 954-9144
Facsimile:  (323) 954-0457

Attorney for Debtors-In-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 6:10-bk-45080-DS |
| BOB RAY RIVERA and DEBRA DIANE RIVERA, | [Chapter 11] |
| Debtors-In-Possession. | **NOTICE OF CLAIMS BAR DATE** |

**TO CREDITORS, PARTIES IN INTEREST AND THEIR ATTORNEYS:**

The Bankruptcy Court has set a deadline of February 28, 2011, for creditors and holders of ownership interests in the above-referenced debtor to file proofs of claim against or proofs of interest in the debtor's estate.

The exceptions to this deadline for filing proofs of claim or interest are: (1) claims arising from rejection of executory contracts or unexpired leases; (2) claims of governmental units; and (3) claims arising as the result of transfer avoidance pursuant to Chapter 5 of the Bankruptcy Code.

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is: (a) 30 days after

1

1  the date of entry of the order authorizing the rejection, or (b) February 28, 2011,
2  whichever is later.
3
4      For claims of "governmental units," as that term is defined in 11 U.S.C. §
5  101(27), proofs of claim are timely filed if filed: (a) before 180 days after the date of
6  the order for relief in this case, or (b) February 28, 2011, whichever is later.  11 U.S.C.
7  § 502(b)(9).
8
9      For claims arising from the avoidance of a transfer under chapter 5 of the
10 Bankruptcy Code, the last day to file a proof of claim is: (a) 30 days after the entry of
11 judgment avoiding the transfer, or (b) February 28, 2011.
12
13     If you are listed on the Schedules of Assets and Liabilities of debtor <u>and</u> your
14 claim or interest is not scheduled as disputed, contingent, unliquidated or unknown,
15 your claim or interest is deemed filed in the amount set forth in the schedules, and the
16 filing of a proof of claim or interest is unnecessary if you agree that the amount
17 scheduled is correct and that the category in which your claim or interest is scheduled
18 (secured, unsecured, preferred stock, common stock, *etc.*) is correct.  11 U.S.C. §
19 1111(a).
20
21     If your claim or interest is not listed on the schedules <u>or</u> is scheduled as
22 disputed, contingent, unliquidated or unknown, <u>or</u> you disagree with the amount or
23 description scheduled for your claim or interest, you must file a proof of claim or
24 interest.
25 //
26 //
27 //
28 //

1       Failure of a creditor or interest holder to file timely a proof of claim or interest
2 on or before the deadline may result in disallowance of the claim or interest or
3 subordination under the terms of a plan of reorganization without further notice or
4 hearing. 11 U.S.C. § 502(b)(9). Creditors and interest holders may wish to consult an
5 attorney to protect their rights.

7 DATED: January 10, 2011          PHILIP D. DAPEER
                                            A Law Corporation

9                                           PHILIP D. DAPEER
10                                           Attorney for Debtors-In-Possession

| In re: BOB RAY RIVERA and DEBRA DIANE RIVERA, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:10-bk-45080-DS |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361-5749

A true and correct copy of the foregoing document described will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 10, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

   Philip D Dapeer      PhilipDapeer@AOL.com
   Abram Feuerstein     abram.s.feuerstein@usdoj.gov
   United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On January 10, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____       /s/ Philip D. Dapeer
Date: January 10, 2011    Philip D. Dapeer         Signature

1

In re: Bob Ray Rivera and Debra Diane Rivera
United States Bankruptcy Court
Central District of California – Riverside County
Case No.: 6:10-bk-45080-DS

SERVICE LIST

| | | |
|---|---|---|
| Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA | Franchise Tax Board<br>Attn: Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| Securities Exchange Commission<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-5627 | Riverside Division<br>3420 Twelfth Street<br>Riverside, CA 92501-3842 | Altura Credit<br>2847 Campus parkway<br>Riverside, CA 92507-0906 |
| Altura Credit Union Visa<br>PO Box 60039<br>City of Industry, CA 91716-0039 | Arco Gas Pro Plus<br>PO Box 70887<br>Charlotte, NC 28272-0887 | Altura Credit Union<br>PO Box 908, Attn: Kristin Lewis<br>Riverside, CA 92502-0908 |
| BAC Home Loans<br>PO Box 515503<br>Los Angeles, CA 90051-6803 | Bob Ray Rivera<br>1083 Crestbrook Drive<br>Riverside, CA 92506-5663 | Debra Diane Rivera<br>1083 Crestbrook Drive<br>Riverside, CA 92506-5663 |
| Citibank<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Discover Financial Services<br>PO Box 15316<br>Wilmington, DE 19850 | Ford Motor Credit<br>PO Box 542000<br>Omaha, NE 68154-8000 |
| Ford Motor Credit Company<br>PO Box 7172<br>Pasadena, CA 91109-7172 | GE Money Bank<br>PO Box 103104<br>Rosewell, GA 30076-9104 | Home Depot Credit<br>PO Box 182676<br>Columbus, OH 43218-2676 |
| Kohls<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | Labcorp of America<br>PO Box 2240<br>Burlington, NC 27216-2240 | Litton Loan Servicing<br>4828 Loop Central Drive<br>Houston, TX 77081-2166 |
| NDEX West LLC<br>15000 Surveyor Blvd., Ste 500<br>Addison, TX 75001-4417 | Riverside Medical<br>1660 Arlington Avenue<br>Riverside, CA 92506-3987 | Shell/Citi Bank<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Specialized Loan<br>8742 Lucent Blvd., Ste 300<br>Highland Ranch, CO 80129-2386 | United States Trustee (RS)<br>3685 Main Street, Suite 300<br>Riverside, CA 92501-2804 | Wachovia Mortgage<br>PO Box 1697<br>Winterville, NC 28590-1697 |
| Wells Fargo Card Services<br>18700 NW Walker Road<br>Beaverton, OR 97006-2950 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo, N.A.<br>c/o Wells Fargo Card Services<br>PO Box 9210<br>Des Moines, IA 50306-9210 |