

FILED & ENTERED

APR 27 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jeanmari DEPUTY CLERK

PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone: (323) 954-9144
Facsimile: (323) 954-0457

Attorney for Debtors-In-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re:

BOB RAY RIVERA and DEBRA DIANE RIVERA,

    Debtors-In-Possession.

Case No.: 6:10-bk-45080-DS

[Chapter 11]

**ORDER ON MOTION TO VALUE REAL ESTATE ASSETS**

Date: April 21, 2011
Time: 8:30 a.m.
Crtm: 304

    The motion of debtors-in-possession Bob Ray Rivera and Debra Diane Rivera for valuation of the real estate assets of the debtors' estate for purposes of bifurcation of secured claims under Bankruptcy Code section 506 came on regularly for hearing before the undersigned on April 21, 2011, at 8:30 a.m. in courtroom 304.  The debtors appeared by their attorney of record in this case.  The Office of the United States Trustee also appeared through counsel.  There were no other appearances at the hearing.  The court having considered the moving papers on the motion, the admissible evidence offered by debtors in support of the motion, and there being no opposition to the motion from any of the secured creditors following due and proper service of the moving papers on the motion as set forth in the proof of service attached thereto, and good cause appearing therefore, the debtors' motion is **GRANTED**.

1   In this Chapter 11 case, the following properties comprising the debtors' estate
2   shall have the following values for purposes of bifurcation of secured claims under
3   Bankruptcy Code section 506 and for purposes of treatment of secured and unsecured
4   claims in the debtors' plan and disclosure statement:

| PROPERTY | VALUE |
| --- | --- |
| 1083 Crestbrook, Riverside, CA | $490,000 |
| 516 Loara, Anaheim, CA | $445,000 |
| 508 Loara, Anaheim, CA | $440,000 |
| 4651 Orange Vista, Riverside, CA | $168,000 |
| 7270 Orchard, Riverside, CA | $185,000 |
| 1424 Pace Court, Riverside, CA | $162,000 |
| 4026 Reese, Riverside, CA | $134,000 |
| 590 Gilmar, Anaheim, CA | $360,000 |
| 4507 Suwannee Street, Riverside, CA | $173,000 |
| 26492 Silverado Court, Moreno Valley, CA | $155,000 |
| 3697 Mariella Street, Riverside, CA | $163,000 |

###

DATED: April 27, 2011

United States Bankruptcy Judge

2

ORDER ON MOTION TO VALUE REAL ESTATE ASSETS

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361-5749

A true and correct copy of the foregoing document described **ORDER ON MOTION TO VALUE REAL ESTATE ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On April 22, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA 92501-2804

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | **/s/ Philip D. Dapeer** |
|---|---|---|
| Date: April 22, 2011 | Philip D. Dapeer | Signature |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION TO VALUE REAL ESTATE ASSETS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 22, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Philip D Dapeer    PhilipDapeer@AOL.com
- Abram Feuerstein    abram.s.feuerstein@usdoj.gov
- Everett L Green    everett.l.green@usdoj.gov
- Christopher M McDermott    ecfcacb@piteduncan.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Randall P Mroczynski    randym@cookseylaw.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

**ADDITIONAL SERVICE INFORMATION (if needed):**

In re: Bob Ray Rivera and Debra Diane Rivera
United States Bankruptcy Court
Central District of California – Riverside County
Case No.: 6:10-bk-45080-DS

SERVICE LIST

| | | |
|---|---|---|
| Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA | Franchise Tax Board<br>Attn: Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| Securities Exchange Commission<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-5627 | Riverside Division<br>3420 Twelfth Street<br>Riverside, CA 92501-3842 | Altura Credit<br>2847 Campus parkway<br>Riverside, CA 92507-0906 |
| Altura Credit Union Visa<br>PO Box 60039<br>City of Industry, CA 91716-0039 | Arco Gas Pro Plus<br>PO Box 70887<br>Charlotte, NC 28272-0887 | Altura Credit Union<br>PO Box 908, Attn: Kristin Lewis<br>Riverside, CA 92502-0908 |
| BAC Home Loans<br>PO Box 515503<br>Los Angeles, CA 90051-6803 | Bob Ray Rivera<br>1083 Crestbrook Drive<br>Riverside, CA 92506-5663 | Debra Diane Rivera<br>1083 Crestbrook Drive<br>Riverside, CA 92506-5663 |
| Citibank<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Discover Financial Services<br>PO Box 15316<br>Wilmington, DE 19850 | Ford Motor Credit<br>PO Box 542000<br>Omaha, NE 68154-8000 |
| Ford Motor Credit Company<br>PO Box 7172<br>Pasadena, CA 91109-7172 | GE Money Bank<br>PO Box 103104<br>Rosewell, GA 30076-9104 | Home Depot Credit<br>PO Box 182676<br>Columbus, OH 43218-2676 |
| Kohls<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | Labcorp of America<br>PO Box 2240<br>Burlington, NC 27216-2240 | Litton Loan Servicing<br>4828 Loop Central Drive<br>Houston, TX 77081-2166 |
| NDEX West LLC<br>15000 Surveyor Blvd., Ste 500<br>Addison, TX 75001-4417 | Riverside Medical<br>1660 Arlington Avenue<br>Riverside, CA 92506-3987 | Shell/Citi Bank<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Specialized Loan<br>8742 Lucent Blvd., Ste 300<br>Highland Ranch, CO 80129-2386 | United States Trustee (RS)<br>3685 Main Street, Suite 300<br>Riverside, CA 92501-2804 | Wachovia Mortgage<br>PO Box 1697<br>Winterville, NC 28590-1697 |
| Wells Fargo Card Services<br>18700 NW Walker Road<br>Beaverton, OR 97006-2950 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo, N.A.<br>c/o Wells Fargo Card Services<br>PO Box 9210<br>Des Moines, IA 50306-9210 |