1  Richard J. Bauer, Jr., Esq. SBN 147314
   Mark T. Domeyer, Esq. SBN 135008
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   1231 E. Dyer Road, Suite 100
3  Santa Ana, CA  92705
   (714) 481-9100 / FAX (714) 481-9144
4  File No. 11-01030

5  Attorneys for Secured Creditor,
   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE
6  FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-
   15CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-15CB

7

8  **UNITED STATES BANKRUPTCY COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9  **RIVERSIDE DIVISION**

| | |
|---|---|
| 10  In re:<br><br>11  BOB RAY RIVERA *aka* BOBBY R RIVERA<br>and DEBRA DIANE RIVERA *aka* DEBRA<br>12  DIANE HOLGUIN,<br><br>13       Debtors.<br><br>14  THE BANK OF NEW YORK MELLON FKA<br>THE BANK OF NEW YORK, AS TRUSTEE<br>15  FOR THE CERTIFICATEHOLDERS<br>CWALT, INC., ALTERNATIVE LOAN<br>16  TRUST 2006-15CB, MORTGAGE PASS-<br>THROUGH CERTIFICATES, SERIES 2006-<br>17  15CB,<br>       Secured Creditor,<br>18<br>            vs.<br>19<br>BOB RAY RIVERA *aka* BOBBY R RIVERA<br>20  and DEBRA DIANE RIVERA *aka* DEBRA<br>DIANE HOLGUIN, Debtors;<br>21<br>       Respondents. | Case No.: 6:10-BK-45080-DS<br>Chapter 11<br><br>**NOTICE OF SECURED CREDITOR, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE-HOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-15CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-15CB'S ELECTION UNDER 11 U.S.C. §1111(b) TO BE TREATED AS TOTALLY SECURED FOR PURPOSES OF CHAPTER 11 PLAN CONFIRMATION**<br><br>**Disclosure Statement Hearing –**<br><br>Date:  TBD<br>Time:  TBD<br>Place:  U.S. BANKRUPTCY COURT<br>        3420 Twelfth Street<br>        Riverside, CA  92501<br>        Courtroom 304 |

22       TO THE HON. DEBORAH J. SALTZMAN, U.S. BANKRUPTCY JUDGE; DEBTORS,

23  BOB RAY RIVERA AND DEBRA DIANE RIVERA; DEBTORS' ATTORNEY, PHILIP D.

24  DAPEER; AND ALL OTHER INTERESTED PARTIES:

1

|    |                                                                                                      |
|----|------------------------------------------------------------------------------------------------------|
| 1  | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS                                             |
| 2  | TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN                                     |
| 3  | TRUST 2006-15CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-15CB,                               |
| 4  | a Secured Creditor for the property located at **4507 Suwannee Street, Riverside, CA  92501**,       |
| 5  | has filed a Proof of Claim on this case's Claims Register as Claim #20 and elects treatment under    |
| 6  | 11 U.S.C. §1111(b) to be treated as totally secured for purposes of Chapter 11 Plan confirmation.    |

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:  June 16, 2011          By:    /s/ Mark T. Domeyer
                                      Richard J. Bauer, Jr., Esq.
                                      Mark T. Domeyer, Esq.
                                      Attorney for Secured Creditor

# PROOF OF SERVICE

I, __Estrella P. Tan__, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 1231 E. Dyer Road, Suite 100, Santa Ana, CA 92705.

On __June 16, 2011__, I served the within **NOTICE OF SECURED CREDITOR, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-15CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-15CB'S ELECTION UNDER 11 U.S.C. §1111(b) TO BE TREATED AS TOTALLY SECURED FOR PURPOSES OF CHAPTER 11 PLAN CONFIRMATION** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Santa Ana, California, addressed as follows:

DEBTORS:
Bob Ray Rivera
Debra Diane Rivera
1083 Crestbrook Drive
Riverside, CA 92506

ATTORNEY FOR DEBTORS:
Philip D. Dapeer
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361-5749

U.S. TRUSTEE:
3685 Main Street, Suite 300
Riverside, CA 92501

I certify that I am employed in the Office of a Member of the Bar at whose direction the Service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __June 16, 2011__, at Santa Ana, California.

/s/ Estrella P. Tan

11-01030/cdn1111b.dot/rma

3