1  CHRISTPOHER M. MCDERMOTT (CA SBN 253411)
   TODD S. GARAN (CA SBN 236878)
2  JOHN B. ACIERNO III (CA SBN 257176)
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
5
   Attorneys for   WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA
6                  MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND
                   FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB
7

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re | Case No. 6:10-BK-45080-DS |
|---|---|
| BOB RAY RIVERA AND DEBRA DIANE RIVERA, | Chapter 11 |
| Debtor(s). | **AMENDED STIPULATION FOR ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** |
| | DATE: August 10, 2011<br>TIME: 10:30 AM<br>CTRM: 304 |
| | 3420 Twelfth Street<br>Riverside, CA 92501 |

20  /./././
21  /././
22  /././
23  /././
24  /././
25  /././
26  /././
27  /././
28  /././

- 1 -

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>CHRISTOPHER M. MCDERMOTT (CA SBN 253411)<br>TODD S. GARAN (CA SBN 236878)<br>JOHN B. ACIERNO III (CA SBN 257176)<br>PITE DUNCAN, LLP<br>4375 Jutland Drive Suite 200; P.O. Box 17933, San Diego, CA 92177-0933<br><br>Telephone: (858)750-7600      Fax: (619) 590-1385 | FOR COURT USE ONLY |
|---|---|
| ☒ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>BOB RAY RIVERA AND DEBRA DIANE RIVERA and UNITED STATES TRUSTEE (RS), Chapter 11 Trustee. | CASE NO.: 6:10-BK-45080-DS<br>CHAPTER: 11 |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** |
| | DATE:         August 10, 2011<br>TIME:         10:30 AM<br>COURTROOM:   304 |
| Debtor(s). | |

**MOVANT:** WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB_____

1. The Motion was:     ☐ Opposed           ☐ Unopposed           ☒ Settled by stipulation

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                           Page 1                                           **F 4001-1.ORDER.RP**

2. The Motion affects the following real property ("Property"):

   *Street Address:*  1083 Crestbrook Drive
   *Unit Number:*
   *City, State, Zip Code:*  Riverside, CA 92506

   Legal description or document recording number (including county of recording): RIVERSIDE COUNTY; Inst. No. 2008-0173764

   ☐ See attached page.

3. The Motion is granted under:  ☐ 11 U.S.C. § 362(d)(1)   ☐ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☐ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit ____ to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant shall not conduct a foreclosure sale before the following date (specify): _____

7. ☒ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                              Page 2                              **F 4001-1.ORDER.RP**

10. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.
   b. ☐ The 14-day stay provided by FRBP 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (attach Optional Form F 4001-10-ER).
   d. ☒ See attached continuation page for additional provisions.

   ###

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010* — Page 3 — **F 4001-1.ORDER.RP**

# ADEQUATE PROTECTION ATTACHMENT

*(This Attachment is the continuation page for Paragraph 7 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Debtor(s) tendered payments at the hearing in the amount of $_____.

2. ☒ The Debtor(s) shall make one payment of $1,588.24 on or before August 10, 2011. Thereafter, Debtors shall make regular monthly payments in the amount of $3,176.48, subject to change under the Note and Deed of Trust, commencing September 1, 2011 and continuing on the first day of each month thereafter until the Debtors' Chapter 11 Plan of Reorganization, as amended, is confirmed or until the parties enter into a stipulation regarding the treatment of Movant's Claim in the Debtors' Chapter 11 Plan of Reorganization, as amended. All payments due Movant hereunder shall be paid to Movant at the following address:

    Wells Fargo Home Mortgage
    1 Home Campus
    Attn: Bankruptcy Payment Processing
    MAC# x2302-04c
    Des Moines, IA 50328

3. ☒ The Debtor(s) shall cure the contractual arrears as follows:

    a. ☐ In equal monthly installments of $_____ each commencing _____ and continuing thereafter through and including _____.

    b. ☐ By paying the sum of $_____ on or before _____,

    c. ☐ By paying the sum of $_____ on or before _____,

    d. ☐ By paying the sum of $_____ on or before _____,

    e. ☒ Other: All contractual arrears, including Movant's attorneys' fees and costs shall be cured by Debtors through their Chapter 11 Plan.

4. ☒ The Debtor(s) shall maintain insurance coverage on the property and shall remain current on all taxes that fall due post-petition with regard to the property. Debtors' obligation under this provision shall be satisfied so long as Debtors continue to make the payments required by Section 2 above as the monthly payment amount includes an escrowed portion for taxes and insurance.

5. ☐ The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date):* _____
    Disclosure Statement shall be approved on or before *(specify date):* _____
    The Plan shall be confirmed on or before *(specify date):* _____

6. ☒ Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s). If Debtor(s) fails to cure the default within 14 days after service of such written notice, plus 3 additional days unless the written notice of default was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B):

    a. ☐ The stay shall automatically terminate without further notice, hearing or order.
    b. ☒ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.
    c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                    Page 4                                    **F 4001-1.ORDER.RP**

    d. ☐ The Movant may move for relief from the stay on regular notice.

7. ☒ Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of two (2) notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor(s) has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

8. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

9. ☒ If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 14-day stay created by FRBP 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

11. ☒ Other (specify):

    a. ☒ The reasonable attorneys' fees and costs incurred by Movant shall be paid through the Debtors' Chapter 11 Plan pursuant to an amended proof of claim to be filed by Movant.

    b. ☒ In the event that the Debtors default under this Order and Movant forwards a 14-day letter to Debtors, Debtors shall be required to tender $100.00 for each default letter submitted, in addition to any default amounts set forth in such letter, in order to cure the default.

    c. ☐ Debtor shall comply with the terms and conditions of their Chapter 11 Plan with respect to the payments to the Chapter 11 Trustee.

    d. ☒ Any notice that Movant shall give to Debtors, or Debtors' attorney, pursuant to this Order shall not be construed as a communication under the Fair Debt Collection Practices Act, 15 U.S.C. §1692.

    e. ☐ If Debtor fails to cure a default hereunder and Movant files and serves a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, said order shall terminate the automatic stay of 11 U.S.C. §1301, as twenty days expired from the date Movant requested relief from the co-debtor stay of 11 U.S.C. § 1301 with no written objection having been filed.

    f. ☒ In the event this case is converted to a Chapter 7 proceeding, the Automatic Stay shall be terminated without further notice, order, or proceedings of the court.

**Approved as to Form and Content:**

Date: 8/4/11

PHILIP D. DAPEER, APC

_____
Philip D. Dapeer
Attorneys for Debtors

Date: 8/4/2011

PITE DUNCAN, LLP

By: _____
Todd S. Garan
Attorneys for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010    Page 5    F 4001-1.ORDER.RP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

A true and correct copy of the foregoing document described as **AMENDED STIPULATION FOR ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On August 12, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 12, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Honorable Deborah J. Saltzman<br>3420 Twelfth Street, Suite 345<br>Riverside, CA 92501-3819 | Discover Financial Services<br>POB 15316<br>Wilmington, DE 19850 | NDEX West LLC<br>15000 Surveyor Blvd<br>Suite 500<br>Addison, TX 75001-9013 |
| Wachovia Mortgage<br>c/o Managing or Servicing Agent<br>POB 1697<br>Winterville, NC 28590 | Ford Motor Credit<br>POB 542000<br>Omaha, NE 68154 | Riverside Medical<br>3660 Arlington Ave<br>Riverside, CA 92506 |
| Altura Credit<br>2847 Campus Parkway<br>Riverside, CA 92507 | GE Money Bank<br>POB 103104<br>Rosewell, GA 30076 | Shell/Citi Bank<br>POB 6497<br>Sioux Falls, SD 57117 |
| Altura Credit Union Visa<br>POB 60039<br>City of Industry, CA 91716 | Home Depot Credit<br>POB 182676<br>Columbus, OH 43218 | Specialized Loan<br>8742 Lucent Blvd<br>Suite 300<br>Highland Ranch, CO 80129 |
| Arco Gas Pro Plus<br>POB 70887<br>Charlotte, NC 28272 | Kohl's<br>POB 2983<br>Milwaukee, WI 53201 | Wells Fargo Card Services<br>18700 NW Walker Rd<br>Beaverton, OR 97006 |
| BAC Home Loans<br>POB 515503<br>Los Angeles, CA 90051 | Labcorp of America<br>POB 2240<br>Burlington, NC 27216 | Wells Fargo Home Mortgage<br>POB 10335<br>Des Moines, IA 50306 |
| Citibank<br>POB 6241<br>Sioux Falls, SD 57117 | Litton Loan Servicing<br>4828 Loop Central Dr<br>Houston, TX 77081 | Bob Ray Rivera<br>Debra Diane Rivera<br>1083 Crestbrook Drive<br>Riverside, CA 92506 |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010    Page 6    **F 4001-1.ORDER.RP**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 12, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- Richard J Bauer     rbauer@mileslegal.com
- Philip D Dapeer     PhilipDapeer@AOL.com
- Mark Domeyer     mdomeyer@mileslegal.com
- Abram Feuerstein     abram.s.feuerstein@usdoj.gov
- Everett L Green     everett.l.green@usdoj.gov
- Kelly L Morrison     kelly.l.morrison@usdoj.gov
- Randall P Mroczynski     randym@cookseylaw.com
- Edward G Schloss     egs2@ix.netcom.com
- Darlene C Vigil     cdcaecf@bdfgroup.com
- Edward T Weber     bknotice@rcolegal.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 08/12/2011 | Brett Wray | /S/ BRETT WRAY |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                          Page 1                                          **F 4001-1.ORDER.RP**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 12, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- PhilipDapeer@AOL.com
- ecfcacb@piteduncan.com
- ustpregion16.rs.ecf@usdoj.gov
- abram.s.feuerstein@usdoj.gov
- everett.l.green@usdoj.gov
- kelly.l.morrison@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Wachovia Mortgage
c/o Managing or Servicing Agent
POB 1697
Winterville, NC 28590

Altura Credit
2847 Campus Parkway
Riverside, CA 92507

Altura Credit Union Visa
POB 60039
City of Industry, CA 91716

Arco Gas Pro Plus
POB 70887
Charlotte, NC 28272

BAC Home Loans
POB 515503
Los Angeles, CA 90051

Citibank
POB 6241
Sioux Falls, SD 57117

Discover Financial Services
POB 15316
Wilmington, DE 19850

Ford Motor Credit
POB 542000
Omaha, NE 68154

GE Money Bank
POB 103104
Rosewell, GA 30076

Home Depot Credit
POB 182676
Columbus, OH 43218

Kohl's
POB 2983
Milwaukee, WI 53201

Labcorp of America
POB 2240
Burlington, NC 27216

Litton Loan Servicing
4828 Loop Central Dr
Houston, TX 77081

NDEX West LLC
15000 Surveyor Blvd
Suite 500
Addison, TX 75001-9013

Riverside Medical
3660 Arlington Ave
Riverside, CA 92506

Shell/Citi Bank
POB 6497
Sioux Falls, SD 57117

Specialized Loan
8742 Lucent Blvd
Suite 300
Highland Ranch, CO 80129

Wells Fargo Card Services
18700 NW Walker Rd
Beaverton, OR 97006

Wells Fargo Home Mortgage
POB 10335
Des Moines, IA 50306

Bob Ray Rivera
Debra Diane Rivera
1083 Crestbrook Drive
Riverside, CA 92506

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*      Page 2      **F 4001-1.ORDER.RP**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 1    **F 4001-1.ORDER.RP**