PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone:  (323) 954-9144
Facsimile:   (323) 954-0457

Attorney for Debtors-In-Possession

FILED & ENTERED

MAR 06 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY delatorr   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BOB RAY RIVERA and DEBRA DIANE RIVERA,<br><br>    Debtors-In-Possession. | Case No.: 6:10-bk-45080-DS<br><br>[Chapter 11]<br><br>**ORDER CONFIRMING DEBTORS' AMENDED THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION**<br><br>Date:   February 28, 2013<br>Time:  1:30 p.m.<br>Ctrm:  304 |

    The motion of debtors-in-possession Bob Ray Rivera and Debra Diane Rivera for confirmation of their Third Amended Chapter 11 Plan of Reorganization came on regularly for continued hearing before the undersigned on February 28, 2013, at 1:30 p.m. in courtroom 304.  The appearances were as noted in the record of the proceedings.  The court now having considered all of the matters before it in connection with the hearing on plan confirmation, including the debtors' Third Amended Disclosure Statement, the Third Amended Chapter 11 Plan of Reorganization, the stipulation providing for agreed Plan treatment for Classes 5(a), 5(b), 5(c), 5(d), 5(f), 5(g) and 5(i), which stipulation appears as Exhibit "A" to docket entry 158, the amendment to debtors' Third Amended Plan of Reorganization appearing as docket entry 144 and the stipulation re treatment of Wells Fargo Bank, N.A.'s claim with respect to the debtors' principal residence located at 1083 Crestbrook Drive, Riverside, CA 92506, docket entry 190, and it appearing to the court that

1   the debtors' Third Amended Plan of Reorganization as amended should be confirmed as

2   meeting all of the requirements of 11 U.S.C. section 1129(a) and (b), it is

3       **HEREBY ORDERED** as follows:

4       1.    The debtors' Third Amended Plan of Reorganization, as amended as

5   hereinabove noted, is **CONFIRMED** as meeting all the requirements of 11 U.S.C. 1129(a)

6   and (b) for the reasons set forth in the court's announcement of its decision regarding plan

7   confirmation at the hearing held on February 28, 2013, and the prior hearings on plan

8   confirmation, which are adopted as the court's findings of fact and conclusions of law with

9   respect to the matter.

10      2.    A post-confirmation status conference will take place on July 11, 2013, at 1:30

11  p.m., in courtroom 304.

12      3.    On or before June 27, 2013, reorganized debtors shall serve and file a status

13  report explaining what progress has been made toward consummation of the confirmed plan

14  of reorganization.  The status report shall be served on the United States Trustee, the 20

15  largest unsecured creditors and those parties having requested special notice.

16      4.    Unless otherwise provided in the plan, if the above-referenced case is

17  converted to one under Chapter 7, the property of the reorganized debtors shall be re-vested

18  in the Chapter 7 estate, except that, in individual cases, post-petition income from personal

19  services and proceeds thereof, and post-confirmation gifts or inheritances pursuant to 11

20  U.S.C. sections 541(a)(5)(A), 541(a)(6), 1115(a) or 1115(b), shall not automatically re-vest

21  in the Chapter 7 estate.

22      5.    With respect to the liens that have been stripped from the debtors' real estate

23  pursuant to 11 U.S.C. section 506 and as reflected in the debtors' confirmed plan of

24  reorganization, the lien stripping shall not be deemed effective until the debtors have made

25  all payments required under the plan to be made to general unsecured creditors, at which

26  time the under secured portions of the liens shall be deemed stripped from the collateral

27  security, unenforceable by the line holder, and expunged from the land records of the

28  counties in California where the debtors' real estate is located.  This court shall retain

ORDER CONFIRMING DEBTORS' AMENDED THIRD AMENDED CHAPTER 11 PLAN

1 jurisdiction to enter whatever orders are necessary or appropriate to carry out the provisions
2 of this paragraph on application of the reorganized debtors.
3                                         ###

Date: March 6, 2013

Deborah J. Saltzman
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER CONFIRMING DEBTORS' AMENDED THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of March 5, 2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Richard J Bauer rbauer@mileslegal.com
- Patrick K Bruso generalmail@alvaradoca.com
- Greg P Campbell ecfcacb@piteduncan.com
- Philip D Dapeer PhilipDapeer@AOL.com
- Mark Domeyer mdomeyer@mileslegal.com
- Abram Feuerstein abram.s.feuerstein@usdoj.gov
- Todd S Garan ecfcacb@piteduncan.com
- Christopher M McDermott ecfcacb@piteduncan.com
- Randall P Mroczynski randym@cookseylaw.com
- Casey J OConnell ecfcacb@piteduncan.com
- Edward G Schloss egs2@ix.netcom.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
- Darlene C Vigil cdcaecf@bdfgroup.com
- Edward T Weber bknotice@rcolegal.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9021-1.1 NOTICE ENTERED ORDER**

In re Bob Ray Rivera and Debra Diane Rivera
United States Bankruptcy Court, Central District of California – Riverside
Case No.: 6:10-bk-45080-DS

SERVICE LIST

| | | |
|---|---|---|
| Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA | Franchise Tax Board<br>Attn: Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| Securities Exchange Commission<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-5627 | Riverside Division<br>3420 Twelfth Street<br>Riverside, CA 92501-3842 | Altura Credit<br>2847 Campus Parkway<br>Riverside, CA 92507-0906 |
| Altura Credit Union Visa<br>PO Box 60039<br>City of Industry, CA 91716-0039 | Arco Gas Pro Plus<br>PO Box 70887<br>Charlotte, NC 28272-0887 | Altura Credit Union<br>PO Box 908, Attn: Kristin Lewis<br>Riverside, CA 92502-0908 |
| BAC Home Loans<br>PO Box 515503<br>Los Angeles, CA 90051-6803 | Bob Ray Rivera<br>1083 Crestbrook Drive<br>Riverside, CA 92506-5663 | Debra Diane Rivera<br>1083 Crestbrook Drive<br>Riverside, CA 92506-5663 |
| Citibank<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Discover Financial Services<br>PO Box 15316<br>Wilmington, DE 19850 | Ford Motor Credit<br>PO Box 542000<br>Omaha, NE 68154-8000 |
| Ford Motor Credit Company<br>PO Box 7172<br>Pasadena, CA 91109-7172 | GE Money Bank<br>PO Box 103104<br>Rosewell, GA 30076-9104 | Home Depot Credit<br>PO Box 182676<br>Columbus, OH 43218-2676 |
| Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | Labcorp of America<br>PO Box 2240<br>Burlington, NC 27216-2240 | Litton Loan Servicing<br>4828 Loop Central Drive<br>Houston, TX 77081-2166 |
| NDEX West LLC<br>15000 Surveyor Blvd., Ste 500<br>Addison, TX 75001-4417 | Riverside Medical<br>1660 Arlington Avenue<br>Riverside, CA 92506-3987 | Shell/Citi Bank<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Specialized Loan<br>8742 Lucent Blvd., Ste 300<br>Highland Ranch, CO 80129-2386 | United States Trustee (RS)<br>3685 Main Street, Suite 300<br>Riverside, CA 92501-2804 | Wachovia Mortgage<br>PO Box 1697<br>Winterville, NC 28590-1697 |
| Wells Fargo Card Services<br>18700 NW Walker Road<br>Beaverton, OR 97006-2950 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo, N.A.<br>c/o Wells Fargo Card Services<br>PO Box 9210<br>Des Moines, IA 50306-9210 |