MARK D. LONERGAN (State Bar No. 143622)
ADAM N. BARASCH (State Bar No. 158220)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
anb@severson.com

Attorneys for Movant
WELLS FARGO BANK, N.A. (also erroneously
sued as Wells Fargo Home Mortgage)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| BOB RAY RIVERA AND DEBRA DIANE RIVERA,<br><br>        Debtor, | Case No. 6:10-bk-45080<br><br>Chapter 11<br><br>Date:    No Hearing Scheduled<br>Time:<br>Judge:  Hon. Scott H. Yun<br>Place:  3420 Twelfth Street<br>          Courtroom 302<br>          Riverside, CA |

**WELLS FARGO BANK, N.A. *EX PARTE* MOTION TO REOPEN CASE**

Wells Fargo Bank, N.A.(hereinafter "Movant") hereby moves this Court for an Order Re-opening the above-captioned Chapter 11 case pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010. Movant is requesting that the above-captioned Chapter 11 case be re-opened to allow Movant to file a Supplemental Stipulation RE: Treatment of Wells Fargo Bank, N.A's claim Under Debtors' Chapter 11 Plan for the principal residence, 1083 Crestbrook Drive, Riverside, CA 92506 ("Property") to reflect new terms regarding cure of the current arrearages on Debtors, Bob Ray Rivera and Debra Diane Rivera ("Debtor") that is part of the settlement of the litigation pertaining to the property.

This motion is brought pursuant to Local Bankruptcy Rule 5010-1 of the Local Rules of Practice for the United States Bankruptcy Court, Central District of California, and is supported by the concurrently filed declaration of Adam N. Barasch, the memorandum of points and authorities in support of its Motion as well as all other papers and pleadings on file in the Debtor's bankruptcy case, and such other evidence as may be filed prior to, or presented at, any hearing held in this matter.

DATED: January 24, 2017        SEVERSON & WERSON
                               A Professional Corporation


                               By:    /s/ Adam N. Barasch
                                      ADAM N. BARASCH

                               Attorneys for Movant
                               WELLS FARGO BANK, N.A

# **MEMORANDUM OF POINTS AND AUTHORITIES**
## **I.    STATEMENT OF FACTS**

On October 29, 2010, Debtors filed a Chapter 11 bankruptcy case in the Central District of California, Riverside Division, Case Number 6:10-bk-45080-SY.  (ANB Declaration ("ANB Decl."), ¶ 2.)  A copy of the docket report for Debtors' case is attached as Exhibit A to the ANB Decl.

Among these properties listed in Debtors' bankruptcy schedules was their residence, 1083 Crestbrook ("Residence") in which Wells Fargo serviced Debtors loan.  (ANB Decl., ¶ 3.)  A copy of the Schedule A for Debtors' case is attached as Exhibit B to the ANB Decl.

Debtors and Wells Fargo entered into a separate Stipulation Re: Treatment of Wells Fargo Bank, N.A. Claim as to the residence that provided for a cure of the default on this loan over a period of sixty (60) months commencing February 1, 2013. (ANB Decl., ¶ 4.)  A copy of the Stipulation for Debtors' case is attached as Exhibit C to the ANB Decl.  An Order was entered approving this Stipulation.

Debtors' Third Amended Chapter 11 Plan of Reorganization that incorporated the Stipulation and Order provided was confirmed on March 3, 2013. (Exhibit A, Bky. Dkt. # 200, ANB Decl., ¶ 5.)

On August 31, 2015, the Court entered an Order on Motion for Final Decree and Order Closing Case.  (Exhibit A, Bky. Dkt. # 245, ANB Decl., ¶ 6.)

Also on August 31, 2015, the filed the Discharge of Debtor and their case was closed. (Exhibit A, Bky. Dkt. #'s 246, 247, ANB Decl., ¶ 7.)

On or about November 23, 2015, Debtors filed a Complaint in the Superior Court of the State of California, County of Los Angeles, entitled *Bob Ray Rivera and Debra Ann Rivera v. Wells Fargo Bank, N.A., et al.*, Case No. BC602023, alleging causes of action for Damages for Breach of Confirmed Chapter 11 Plan of Reorganization and Bankruptcy Discharge, Damages for Breach of Covenant of Good Faith and Fair Dealing (Lender Bad Faith), Accounting, and Equitable Relief by Way of Injunction. (the "Action"). (ANB Decl., ¶ 8.)

As Debtor's bankruptcy case is currently closed, Movant is requesting that Debtors' case be re-opened to allow Movant to file a Supplemental Stipulation RE: Treatment of Wells Fargo Bank, N.A's claim Under Debtors' Chapter 11 Plan for the principal residence. (ANB Decl., ¶ 9.)

## II.  THE CASE SHOULD BE REOPENED FOR CAUSE PURSUANT TO 11 U.S.C. § 350(b)

11 U.S.C. § 350(b) provides that a case may be reopened in the court in which the case was closed to administer assets, to accord relief to the debtor, or for other cause. Federal Rule of Bankruptcy Procedure Rule 5010 allows a party in interest to do so by motion.

A Court should grant a motion to reopen so long as the movant makes a proper showing that there is a legitimate issue before the Court. A "motion to reopen legitimately presents only a narrow range of issues: whether further administration appears to be warranted; whether a trustee should be appointed; and whether the circumstances of reopening necessitate payment of another filing fee. Extraneous issues should be excluded." *In re Staffer*, 306 F.3d 967, 972 (9th Cir. 2002) (*quoting In re Menk,* 241 B.R. 896, 916 (9th Cir.BAP 1999)). "Although 'it is tempting to say that the reopening motion entitles the court to perform a gatekeeping function that justifies inquiring in to the related relief that will be sought,' such inquiries are in fact inappropriate." *Id.* (*quoting Menk,* 241 B.R. at 916).

As part of the settlement of the Action, the Debtors and Movant have agreed to file a Supplemental Stipulation RE: Treatment of Wells Fargo Bank, N.A's claim Under Debtors' Chapter 11 Plan for the principal residence. As the Debtor's bankruptcy case is closed, Movant requires an order re-opening the case so that it can file the Supplemental Stipulation and Order.

It is clear that the "further administration" is required in order for the Court to consider the Supplemental Stipulation RE: Treatment of Wells Fargo Bank, N.A's claim Under Debtors' Chapter 11 Plan for the principal residence and Order. Movant respectfully argues that cause exists for the Court to issue an order reopening Debtors' case.

## III.  CONCLUSION

For the reasons stated herein, Movant respectfully requests that the Court issue an order

re-opening Debtor's case for the purpose of filing the Supplemental Stipulation RE: Treatment of Wells Fargo Bank, N.A's claim Under Debtors' Chapter 11 Plan for the principal residence and having an Order approving entered and filed.

DATED: January 24, 2017     SEVERSON & WERSON
A Professional Corporation

By:     /s/ Adam N. Barasch
ADAM N. BARASCH

Attorneys for Movant
WELLS FARGO BANK, N.A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

One Embarcadero Center, Suite 2600, San Francisco, CA 94111

A true and correct copy of the foregoing document entitled (*specify*): **Wells Fargo Bank, N.A. Ex Parte Motion to Reopen Case; and Declaration of Adam N. Barasch in Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 24, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Debtors' Counsel-Philip D Dapeer PhilipDapeer@AOL.com
- United States Trustee (LA) - ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 24, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- Judge: Hon. Scott H. Yun, USBC Central District of California, Riverside Division, 3420 Twelfth Street, Suite 345, Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 24, 2017 | Christopher Siacotos | /s/ Christopher Siacotos |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |