MARK D. LONERGAN (State Bar No. 143622)
ADAM N. BARASCH (State Bar No. 158220)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
anb@severson.com

Attorneys for Movant
WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| BOB RAY RIVERA AND DEBRA DIANE RIVERA,<br><br>        Debtor, | Case No. 6:10-bk-45080<br><br>Chapter 11 |
| | Date:      No Hearing Scheduled<br>Time:<br>Judge:     Hon. Scott H. Yun<br>Place:     3420 Twelfth Street<br>           Courtroom 302<br>           Riverside, CA |

**DECLARATION OF ADAM N. BARASCH IN SUPPORT OF WELLS FARGO BANK,
N.A. *EX PARTE* MOTION TO REOPEN CASE**

55002.0355/10112887.1

I, Adam N. Barasch, declare as follows:

1.      I am an attorney to practice before this Court. I am an attorney at Severson & Werson, P.C., attorneys for Movant Wells Fargo Bank, N.A.("Movant").

2.      On October 29, 2010, Debtors filed a Chapter 11 bankruptcy case in the Central District of California, Riverside Division, Case Number 6:10-bk-45080-SY. A copy of the docket report for Debtor's case is attached hereto as <u>Exhibit A.</u>

3.      Among these properties listed in Debtors' bankruptcy schedules was their residence, 1083 Crestbrook ("Residence") in which Wells Fargo serviced Debtors loan. A copy of the Schedule A is attached hereto as <u>Exhibit B.</u>

4.      Debtors and Wells Fargo entered into a separate Stipulation Re: Treatment of Wells Fargo Bank, N.A. Claim ("Stipulation") as to the residence that provided for a cure of the default on this loan over a period of sixty (60) months commencing February 1, 2013. A copy of the Stipulation is attached hereto as <u>Exhibit C.</u>

5.      Plaintiffs Third Amended Chapter 11 Plan of Reorganization that incorporated the Stipulation and Order provided was confirmed on March 3, 2013. *See* <u>Exhibit A</u>, Docket Entry No. 200.

6.      On August 31, 2015, the Court entered an Order on Motion for Final Decree and Order Closing Case. *See* <u>Exhibit A</u>, Docket Entry No. 245.

7.      Also on August 31, 2015, the filed the Discharge of Debtor and their case was closed. *See* <u>Exhibit A</u>, Docket Entry #'s. 246, 247.

8.      On or about November 23, 2015, Debtors filed a Complaint in the Superior Court of the State of California, County of Los Angeles, entitled *Bob Ray Rivera and Debra Ann Rivera v. Wells Fargo Bank, N.A., et al.*, Case No. BC602023, alleging causes of action for Damages for Breach of Confirmed Chapter 11 Plan of Reorganization and Bankruptcy Discharge, Damages for Breach of Covenant of Good Faith and Fair Dealing (Lender Bad Faith), Accounting, and Equitable Relief by Way of Injunction. (the "Action").

9.      As Debtors' bankruptcy case is currently closed, Movant is requesting that

Debtors' case be re-opened to allow Movant to file a Supplemental Stipulation RE: Treatment of Wells Fargo Bank, N.A's claim Under Debtors' Chapter 11 Plan for the principal residence as part of resolution of the Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on this 24th day of January 2017, at San Francisco, CA.

By: _____

Adam N. Barasch

1/24/2017                           CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)

PRVDISM, CLOSED

# U.S. Bankruptcy Court
## Central District of California (Riverside)
## Bankruptcy Petition #: 6:10-bk-45080-SY

|  |  |
|---|---|
| *Date filed:* | 10/29/2010 |
| *Date terminated:* | 08/31/2015 |
| *Debtor discharged:* | 08/31/2015 |
| *Joint debtor discharged:* | 08/31/2015 |
| *Plan confirmed:* | 03/06/2013 |
| *341 meeting:* | 12/07/2010 |
| *Deadline for objecting to discharge:* | 02/07/2011 |

*Assigned to:* Scott H. Yun
Chapter 11
Voluntary
Asset

*Debtor disposition:* Standard Discharge
*Joint debtor disposition:* Standard Discharge

**Debtor**
**Bob Ray Rivera**
1083 Crestbrook Drive
Riverside, CA 92506
RIVERSIDE-CA
SSN / ITIN: xxx-xx-5943
*aka* **Bobby R Rivera**

represented by **Philip D Dapeer**
2625 Townsgate Rd
Ste 330
Westlake Village, CA 91361
323-954-9144
Email: PhilipDapeer@AOL.com

**Joint Debtor**
**Debra Diane Rivera**
1083 Crestbrook Drive
Riverside, CA 92506
RIVERSIDE-CA
SSN / ITIN: xxx-xx-8679
*aka* **Debra Diane Holguin**

represented by **Philip D Dapeer**
(See above for address)

*U.S. Trustee*
**United States Trustee (RS)**
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
(951) 276-6990

represented by **Abram Feuerstein, esq**
Office of US Trustee
3685 Main St Ste 300
Riverside, CA 92501
951-276-6975
Email: abram.s.feuerstein@usdoj.gov

**Everett L Green**
Office of the US Trustee
3685 Main St Ste 300
Riverside, CA 92501
951-276-6063
Fax : 951-276-6973
Email: everett.l.green@usdoj.gov
*TERMINATED: 01/30/2012*

**Kelly L Morrison**
Office of the US Trustee
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017
213-894-2656

Exhibit A

Fax : 213-894-2603
Email: kelly.l.morrison@usdoj.gov
*TERMINATED: 01/30/2012*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/29/2010 | 1 (28 pgs; 3 docs) | Chapter 11 Voluntary Petition. Receipt Number O, Fee Amount $1039 Filed by Bob Ray Rivera , Debra Diane Rivera Schedule A due 11/12/2010. Schedule B due 11/12/2010. Schedule C due 11/12/2010. Schedule D due 11/12/2010. Schedule E due 11/12/2010. Schedule G due 11/12/2010. Schedule H due 11/12/2010. Schedule I due 11/12/2010. Schedule J due 11/12/2010. Statement of Financial Affairs due 11/12/2010. Statement - Form 22B Due: 11/12/2010. Summary of schedules due 11/12/2010. Declaration concerning debtors schedules due 11/12/2010. Disclosure of Compensation of Attorney for Debtor due 11/12/2010. Statistical Summary due 11/12/2010. Debtor Certification of Employment Income due by 11/12/2010. Incomplete Filings due by 11/12/2010. (Boiko, Michele) (Entered: 10/29/2010) |
| 10/29/2010 | 2 | Statement of Social Security Number(s) Form B21 Filed by Debtor Bob Ray Rivera , Joint Debtor Debra Diane Rivera . (Boiko, Michele) (Entered: 10/29/2010) |
| 10/29/2010 | 3 (6 pgs) | Certificate of Credit Counseling , Exhibit D Filed by Debtor Bob Ray Rivera , Joint Debtor Debra Diane Rivera . (Boiko, Michele) (Entered: 10/29/2010) |
| 10/29/2010 | | Receipt of Chapter 11 Filing Fee - $1039.00 by 45. Receipt Number 60067586. (admin) (Entered: 11/01/2010) |
| 10/31/2010 | 4 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera) No. of Notices: 1. Service Date 10/31/2010. (Admin.) (Entered: 10/31/2010) |
| 10/31/2010 | 5 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera) No. of Notices: 1. Service Date 10/31/2010. (Admin.) (Entered: 10/31/2010) |
| 11/04/2010 | 6 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 12/7/2010 at 02:30 PM at STE 300, 3685 Main St., Riverside, CA 92501-2804. Last day to oppose discharge or dischargeability is 2/7/2011. (Eudy, Debra) (Entered: 11/04/2010) |
| | 7 (5 pgs) | Order scheduling Chapter 11 status conference - Status conference will be held on January 6, 2011 at 10:00 a.m., |

Exhibit A

| | | |
|---|---|---|
| 11/05/2010 | | Courtroom 304. Signed on 11/5/2010. (I, deputy clerk who is making this entry, certify that service on all parties Under Section II was completed, Jeanmarie, Cynthia) (Entered: 11/05/2010) |
| 11/05/2010 | | Hearing Set on Status Conference re Chapter 11 case - (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera) Status hearing to be held on 1/6/2011 at 10:00 AM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Deborah J. Saltzman (Jeanmarie, Cynthia) (Entered: 11/05/2010) |
| 11/06/2010 | 8 (5 pgs) | BNC Certificate of Notice (RE: related document(s)6 Meeting of Creditors Chapter 11 & 12) No. of Notices: 17. Service Date 11/06/2010. (Admin.) (Entered: 11/06/2010) |
| 11/12/2010 | | Receipt of Amendment Filing Fee - $26.00 by 47. Receipt Number 60068323. (admin) (Entered: 11/15/2010) |
| 11/12/2010 | 9 (58 pgs) | Disclosure of Compensation of Attorney for Debtor , Debtor's Certification of Employment Income , Declaration concerning debtor's schedules , Schedule A , Schedule B , Schedule C , Schedule D , Schedule E , Schedule F , Schedule G , Schedule H , Schedule I , Schedule J , Chapter 11 Statement of Current Monthly Income (Form 22B), Statistical Summary of Certain Liabilities, Statement of Financial Affairs , Summary of Schedules , Verification of creditor matrix Filed by Debtor Bob Ray Rivera , Joint Debtor Debra Diane Rivera (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Craig, John) (Entered: 11/15/2010) |
| 11/17/2010 | 10 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Darlene C Vigil on behalf of Courtesy NEF. (Vigil, Darlene) (Entered: 11/17/2010) |
| 11/22/2010 | 11 (16 pgs; 3 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2008 Ford Edge VIN# 2FMDK36C38BA09313 . Fee Amount $150, Filed by Creditor Ford Motor Credit Company LLC (Attachments: 1 Exhibit A-C2 Proof of Service) (Mroczynski, Randall) (Entered: 11/22/2010) |
| 11/22/2010 | | Receipt of Motion for Relief from Stay - Personal Property(6:10-bk-45080-DS) [motion,nmpp] ( 150.00) Filing Fee. Receipt number 17455021. Fee amount 150.00. (U.S. Treasury) (Entered: 11/22/2010) |
| | | Hearing Set (RE: related document(s)11 Motion for Relief from Stay - Personal Property filed by Creditor Ford Motor Credit Company LLC) The Hearing date is set for |

| | | |
|---|---|---|
| 11/23/2010 | | 12/15/2010 at 10:00 AM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Deborah J. Saltzman (Renner, Shari) (Entered: 11/23/2010) |
| 11/26/2010 | 12 (19 pgs) | Application to Employ Philip D. Dapeer and Philip D. Dapeer, a law corporation as reorganization counsel for debtors in possession Filed by Debtor Bob Ray Rivera (Dapeer, Philip) (Entered: 11/26/2010) |
| 11/26/2010 | 13 (6 pgs) | Notice of motion/application *for employment of counsel to debtors in possession* Filed by Debtor Bob Ray Rivera (RE: related document(s)12 Application to Employ Philip D. Dapeer and Philip D. Dapeer, a law corporation as reorganization counsel for debtors in possession Filed by Debtor Bob Ray Rivera). (Dapeer, Philip) (Entered: 11/26/2010) |
| 11/26/2010 | 14 (8 pgs) | Notice of Hearing *Status Conference* Filed by Debtor Bob Ray Rivera. (Dapeer, Philip) (Entered: 11/26/2010) |
| 11/29/2010 | 15 (35 pgs; 2 docs) | Motion to Use Cash Collateral *with Application for Order Shortening Time* Filed by Debtor Bob Ray Rivera (Attachments: 1 Proposed Order Order Shortening Time) (Dapeer, Philip) CORRECTION: Attorney to file the Application Shortening time using Bk > Motions/Applications > Shortening Time (motion). Also Attorney to upload the Order in LOU. No hearing set, awaiting OST approval. Modified on 11/30/2010 (Renner, Shari). (Entered: 11/29/2010) |
| 12/01/2010 | 16 (16 pgs; 3 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2008 Ford F150 VIN# 1FTRF12248KE93837 . Fee Amount $150, Filed by Creditor Ford Motor Credit Company LLC (Attachments: 1 Exhibit A-C2 Proof of Service) (Mroczynski, Randall) (Entered: 12/01/2010) |
| 12/01/2010 | | Receipt of Motion for Relief from Stay - Personal Property(6:10-bk-45080-DS) [motion,nmpp] ( 150.00) Filing Fee. Receipt number 17607614. Fee amount 150.00. (U.S. Treasury) (Entered: 12/01/2010) |
| 12/01/2010 | | Hearing Set (RE: related document(s)16 Motion for Relief from Stay - Personal Property filed by Creditor Ford Motor Credit Company LLC) The Hearing date is set for 12/29/2010 at 10:00 AM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Deborah J. Saltzman (Sampson, Shannay) (Entered: 12/02/2010) |
| | 17 (4 pgs) | Objection (related document(s): 12 Application to Employ Philip D. Dapeer and Philip D. Dapeer, a law corporation as reorganization counsel for debtors in possession filed by |

Exhibit A

Case 6:10-bk-45080-SY    Doc 250-1    Filed 01/24/17    Entered 01/24/17 13:38:44    Desc
Declaration of Adam N. Barasch in support of Ex-Parte Motion to Reopen Case wit    Page 8 of 28

1/24/2017                                CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)

| | | |
|---|---|---|
| 12/02/2010 | | Debtor Bob Ray Rivera) *United States Trustee's Objection to Application for Order Authorizing Debtor-In-Possession to Employ Philip D. Dapeer, a Law Corporation, as Attorney For Debtor-In-Possession with proof of service* Filed by U.S. Trustee United States Trustee (RS) (Morrison, Kelly) (Entered: 12/02/2010) |
| 12/04/2010 | <u>18</u> (4 pgs) | Application shortening time *for hearing on Motion to Use Cash Collateral* Filed by Debtor Bob Ray Rivera (Dapeer, Philip) (Entered: 12/04/2010) |
| 12/08/2010 | <u>19</u> (7 pgs) | Order Granting application shortening time (Related Doc # <u>18</u>) - Hearing will be held on Thursday, December 16, 2010 at 10:00 a.m., Courtroom 304 Signed on 12/8/2010 (Jeanmarie, Cynthia) (Entered: 12/08/2010) |
| 12/08/2010 | | Hearing Set (RE: related document(s)<u>15</u> Motion to Use Cash Collateral filed by Debtor Bob Ray Rivera) The Hearing date is set for 12/16/2010 at 10:00 AM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Deborah J. Saltzman (Jeanmarie, Cynthia) (Entered: 12/08/2010) |
| 12/09/2010 | <u>20</u> (4 pgs) | Reply to (related document(s): <u>12</u> Application to Employ Philip D. Dapeer and Philip D. Dapeer, a law corporation as reorganization counsel for debtors in possession filed by Debtor Bob Ray Rivera, <u>17</u> Objection filed by U.S. Trustee United States Trustee (RS)) Filed by Debtor Bob Ray Rivera (Dapeer, Philip) (Entered: 12/09/2010) |
| 12/09/2010 | <u>21</u> (6 pgs) | Proof of service *Order Shortening Time and Motion to Use Cash Collateral* Filed by Debtor Bob Ray Rivera (RE: related document(s)<u>15</u> Motion to Use Cash Collateral *with Application for Order Shortening Time*, <u>18</u> Application shortening time *for hearing on Motion to Use Cash Collateral*). (Dapeer, Philip) (Entered: 12/09/2010) |
| 12/10/2010 | <u>22</u> (8 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>19</u> ORDER shortening time) No. of Notices: 1. Service Date 12/10/2010. (Admin.) (Entered: 12/10/2010) |
| 12/16/2010 | <u>23</u> (7 pgs) | Status report Filed by Debtor Bob Ray Rivera (RE: related document(s)<u>7</u> Order to Show Cause). (Dapeer, Philip) (Entered: 12/16/2010) |
| 12/16/2010 | <u>24</u> (1 pg) | Notice to creditors re: Notice of rescheduled hearing - Judge Saltzmans hearing times have changed for the new year 2011 The Status Conference/Chapter 11 status, scheduled for January 6, 2011 at 10:00 a.m. has been rescheduled to January 6, 2011 at 8:30 a.m. Courtroom 304(BNC-PDF) (Sampson, Shannay) (Entered: 12/16/2010) |

Exhibit A

| | 25 | Hearing Held (Bk Motion) (RE: related document(s) 11 Motion for Relief from Stay - Personal Property)(Mason, Shari) - GRANTED - Final Ruling - No tentative ruling. This is a FINAL RULING. This motion was set for hearing in accordance with Local Bankruptcy Rule (?LBR?) 9013-1(d). The failure of the debtor, the trustee, and any other party to file written opposition at least 14 days prior to the hearing pursuant to LBR 9013-1(f) is deemed consent to the granting of the motion. LBR 9013-1(h); Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995). Further, because the court is granting the relief that the moving party requested and for which a prima facie case has been established, an actual hearing is not necessary. Boone v. Burk (In re Eliapo), 468 F.3d 592, 602 (9th Cir. 2006). Their defaults are entered and the court will resolve the matter without oral argument. LBR 9013-1(j)(3). NO APPEARANCE IS NECESSARY. GRANT under 11 U.S.C. § 362(d)(1) and (d)(2). GRANT as binding despite conversion. GRANT waiver of FRBP 4001(a)(3) stay. MOVANT TO LODGE ORDER WITHIN 7 DAYS. (Entered: 12/17/2010) |
| 12/17/2010 | | |
| 12/18/2010 | 26 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)24 Notice to creditors (BNC-PDF)) No. of Notices: 24. Service Date 12/18/2010. (Admin.) (Entered: 12/18/2010) |
| 12/20/2010 | 27 | Hearing Held (Bk Motion) (RE: related document(s) 15 Motion to Use Cash Collateral)(Mason, Shari) - GRANTED - Tentative Ruling - None (Entered: 12/20/2010) |
| 12/28/2010 | 28 (6 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY with creditor Ford Motor Credit Company LLC (BNC-PDF) (Related Doc # 16) Signed on 12/28/2010 (I, deputy clerk who is making this entry, certify that service on all parties under Section II was completed, Hallock, Valerie) (Entered: 12/28/2010) |
| 12/28/2010 | 29 (6 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY with creditor Ford Motor Credit Company LLC (BNC-PDF) (Related Doc # 11) Signed on 12/28/2010 (I, deputy clerk who is making this entry, certify that service on all parties under Section II was completed, Hallock, Valerie) (Entered: 12/28/2010) |
| | 37 (2 pgs) | Hearing Held (RE: related document(s)16 Motion for Relief from Stay - Personal Property filed by Creditor Ford Motor Credit Company LLC) (Sampson, Shannay) - GRANTED - Final Ruling -No tentative ruling. This is a FINAL RULING. This motion was set for hearing in accordance with Local Bankruptcy Rule (LBR) 9013-1(d). The failure of the debtor, the trustee, and any other party to file written opposition at least 14 days prior to the hearing pursuant to LBR 9013-1(f) is deemed consent to the granting of the |

Exhibit A

1/24/2017                                    CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)

| | | |
|---|---|---|
| 12/29/2010 | | motion. LBR 9013-1(h); Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995). Further, because the court is granting the relief that the moving party requested and for which a prima facie case has been established, an actual hearing is not necessary. Boone v. Burk (In re Eliapo), 468 F.3d 592, 602 (9th Cir. 2006). Their defaults are entered and the court will resolve the matter without oral argument. LBR 9013-1(j)(3). NO APPEARANCE IS NECESSARY.GRANT under 11 U.S.C. § 362(d)(1) and (d)(2).GRANT as binding despite conversion. GRANT waiver of FRBP 4001(a)(3) stay. MOVANT TO LODGE ORDER WITHIN 7 DAYS. (Entered: 01/05/2011) |
| 12/30/2010 | 30 (4 pgs) | Status report *with proof of service* Filed by U.S. Trustee United States Trustee (RS) (RE: related document(s)7 Order to Show Cause). (Green, Everett) CORRECTION: Incorrect hearing time. Hearing will be held at 8:30 a.m. Attorney to amend and renotice. Modified on 1/3/2011 (Mason, Shari). (Entered: 12/30/2010) |
| 12/30/2010 | 31 (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)28 Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Service Date 12/30/2010. (Admin.) (Entered: 12/30/2010) |
| 12/30/2010 | 32 (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)29 Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Service Date 12/30/2010. (Admin.) (Entered: 12/30/2010) |
| 01/03/2011 | | Hearing Set (RE: related document(s)12 Application to Employ filed by Debtor Bob Ray Rivera) The Hearing date is set for 2/1/2011 at 02:00 PM at Crtrm 303, 3420 Twelfth St., Riverside, CA 92501. The case judge is Deborah J. Saltzman (Sandoval, Rosanna) Hearing not set in Ciao. Incorrect hearin information. Modified on 1/3/2011 (Sandoval, Rosanna). (Entered: 01/03/2011) |
| 01/04/2011 | 33 (15 pgs) | Monthly Operating Report. Operating Report Number: 1. For the Month Ending 10/31/10 Filed by Debtor Bob Ray Rivera. (Dapeer, Philip) (Entered: 01/04/2011) |
| 01/04/2011 | 34 (13 pgs) | Monthly Operating Report. Operating Report Number: 2. For the Month Ending 11/30/10 Filed by Debtor Bob Ray Rivera. (Dapeer, Philip) (Entered: 01/04/2011) |
| 01/04/2011 | 35 (5 pgs) | Application to Employ Philip D. Dapeer, Philip D. Dapeer, a law corporation as reorganization counsel to debtors *Notice of Hearing on Application* Filed by Debtor Bob Ray Rivera (Dapeer, Philip) CORRECTION: See docket entry #36 for an amended application. Modified on 1/5/2011 (Mason, Shari). (Entered: 01/04/2011) |

Exhibit A

1/24/2017                                    CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)

| | | |
|---|---|---|
| 01/04/2011 | <u>36</u><br>(9 pgs) | Application to Employ Philip D. Dapeer, Philip D. Dapeer, a law corporation as reorganization counsel to debtors *Corrected Notice of Hearing on Application* Filed by Debtor Bob Ray Rivera (Dapeer, Philip) (Entered: 01/04/2011) |
| 01/05/2011 | | Hearing Set (RE: related document(s)<u>36</u> Application to Employ filed by Debtor Bob Ray Rivera) The Hearing date is set for 2/3/2011 at 08:30 AM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Deborah J. Saltzman (Mason, Shari) (Entered: 01/05/2011) |
| 01/05/2011 | <u>38</u><br>(6 pgs) | Order Granting Motion To Use Cash Collateral (Related Doc # <u>15</u>) Signed on 1/5/2011 (Mason, Shari) (Entered: 01/05/2011) |
| 01/07/2011 | <u>39</u><br>(7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>38</u> Order on Motion to Use Cash Collateral) No. of Notices: 1. Service Date 01/07/2011. (Admin.) (Entered: 01/07/2011) |
| 01/10/2011 | <u>40</u><br>(5 pgs) | Notice *Claims Bar Date* Filed by Debtor Bob Ray Rivera. (Dapeer, Philip) (Entered: 01/10/2011) |
| 02/11/2011 | <u>41</u><br>(15 pgs) | Monthly Operating Report. Operating Report Number: 3. For the Month Ending 12/31/10 Filed by Debtor Bob Ray Rivera. (Dapeer, Philip) (Entered: 02/11/2011) |
| 02/16/2011 | <u>42</u><br>(7 pgs) | Order Granting Application of Debtor-In-Possession for authority to Employ attorney on general retainer. (Related Doc # <u>36</u>) Attorney: Philip D Dapeer. Signed on 2/16/2011. (Mason, Shari) (Entered: 02/16/2011) |
| 03/15/2011 | <u>43</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Christopher M McDermott on behalf of Courtesy NEF. (McDermott, Christopher) (Entered: 03/15/2011) |
| 03/24/2011 | <u>44</u><br>(4 pgs) | Status report Filed by Debtor Bob Ray Rivera (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11)). (Dapeer, Philip) (Entered: 03/24/2011) |
| 03/30/2011 | <u>45</u><br>(24 pgs) | Monthly Operating Report. Operating Report Number:. For the Month Ending 1-31-11 and 2-28-11 Filed by Debtor Bob Ray Rivera. (Dapeer, Philip) (Entered: 03/30/2011) |
| | <u>46</u><br>(405 pgs; 32 docs) | Motion for Setting Property Value Filed by Debtor Bob Ray Rivera (Attachments: <u>1</u> Volume(s) 2<u>2</u> Volume(s) 3<u>3</u> Volume(s) 4<u>4</u> Volume(s) 5<u>5</u> Volume(s) 6<u>6</u> Volume(s) 7<u>7</u> Volume(s) 8<u>8</u> Supplement 9<u>9</u> Volume(s) 10<u>10</u> Supplement 11<u>11</u> Supplement 12<u>12</u> Volume(s) 13<u>13</u> Volume(s) 14<u>14</u> Volume(s) 15<u>15</u> Volume(s) 16<u>16</u> Supplement 17<u>17</u> Volume(s) 18<u>18</u> Supplement 19<u>19</u> Volume(s) 20<u>20</u> |

1/24/2017                         CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)

| | | |
|---|---|---|
| 03/30/2011 | | Volume(s) 21<u>21</u> Volume(s) 2222 Volume(s) 23<u>23</u> Supplement 24<u>24</u> Volume(s) 24<u>25</u> Volume(s) 25<u>26</u> Volume(s) 26<u>27</u> Volume(s) 27<u>28</u> Volume(s) 28<u>29</u> Volume(s) 28<u>30</u> Supplement 29<u>31</u> Volume(s) 30) (Dapeer, Philip)Warning: Item subsequently amended by docket no. 47. Modified on 3/31/2011 (Mason, Shari). (Entered: 03/30/2011) |
| 03/31/2011 | 47 | Notice to Filer of Error and/or Deficient Document **Incorrect PDF was attached to the docket entry. The first two attachments of the PDF belong to a different case. Case number 2:10-bk-44108-BR. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)<u>46</u> Motion for Setting Property Value filed by Debtor Bob Ray Rivera) (Mason, Shari) (Entered: 03/31/2011) |
| 03/31/2011 | | Hearing Set (RE: related document(s)<u>46</u> Motion for Setting Property Value filed by Debtor Bob Ray Rivera) The Hearing date is set for 4/21/2011 at 08:30 AM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Deborah J. Saltzman (Mason, Shari) (Entered: 03/31/2011) |
| 03/31/2011 | <u>48</u> (354 pgs; 30 docs) | Motion for Setting Property Value *Corrected* Filed by Debtor Bob Ray Rivera (Attachments: <u>1</u> Volume(s) 2<u>2</u> Volume(s) 3<u>3</u> Volume(s) 4<u>4</u> Volume(s) 5<u>5</u> Volume(s) 6<u>6</u> Volume(s) 7<u>7</u> Volume(s) 8<u>8</u> Volume(s) 9<u>9</u> Supplement 10<u>10</u> Volume(s) 11<u>11</u> Supplement 12<u>12</u> Supplement 13<u>13</u> Volume(s) 14<u>14</u> Supplement 15<u>15</u> Supplement 16<u>16</u> Volume(s) 17<u>17</u> Volume(s) 18<u>18</u> Supplement 19<u>19</u> Volume(s) 20<u>20</u> Supplement 21<u>21</u> Volume(s) 22<u>22</u> Volume(s) 23<u>23</u> Volume(s) 24<u>24</u> Volume(s) 25<u>25</u> Volume(s) 26<u>26</u> Volume(s) 27<u>27</u> Supplement 28<u>28</u> Supplement 29<u>29</u> Supplement 30) (Dapeer, Philip) Warning: Item subsequently amended by docket no. 49. Modified on 4/1/2011 (Mason, Shari). (Entered: 03/31/2011) |
| 04/01/2011 | 49 | Notice to Filer of Error and/or Deficient Document **Incorrect event code was used to file this (no-fee) motion. Corrected motion to be filed with Bk > Motions > Amend(motion) and relate it to the original motion (docket #46) THE FILER IS INSTRUCTED TO WITHDRAW THIS MOTION BY FILING A VOLUNTARY DISMISSAL OF MOTION FOR DOCKET ENTRY #48 AND RE-FILING THE DOCUMENT USING THE CORRECT EVENT CODE.** (RE: related document(s)<u>48</u> Motion for Setting Property Value filed by Debtor Bob Ray Rivera) (Mason, Shari) (Entered: 04/01/2011) |
| | <u>50</u> (5 pgs) | Order Granting Motion to Value Real Estate Assets (Related Doc # <u>46</u>) Signed on 4/27/2011. (Jeanmarie, Cynthia) |

Exhibit A

1/24/2017                                        CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)

| | | |
|---|---|---|
| 04/27/2011 | | (Entered: 04/27/2011) |
| 04/27/2011 | 51 (2 pgs) | Hearing Held, Document - GRANTED - (RE: related document(s)46 Motion for Setting Property Value filed by Debtor Bob Ray Rivera) (Mason, Shari) (Entered: 04/27/2011) |
| 05/02/2011 | 52 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Richard J Bauer Jr on behalf of Courtesy NEF. (Bauer, Richard) (Entered: 05/02/2011) |
| 05/05/2011 | 53 (12 pgs) | Monthly Operating Report. Operating Report Number:. For the Month Ending March 31, 2011 Filed by Debtor Bob Ray Rivera. (Dapeer, Philip) WARNING: Item subsequently amended by docket no. 54. Missing debtor's signature. Modified on 5/6/2011 (Mason, Shari). (Entered: 05/05/2011) |
| 05/06/2011 | 54 | Notice to Filer of Error and/or Deficient Document **Document filed without electronic /s/ or holographic signature and/or was not accompanied by the required Local Bankruptcy form Electronic Filing Declaration. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)53 Monthly Operating Report filed by Debtor Bob Ray Rivera) (Mason, Shari) (Entered: 05/06/2011) |
| 05/08/2011 | 55 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Edward G Schloss on behalf of BAYVIEW LOAN SERVICING, LLC. (Schloss, Edward) (Entered: 05/08/2011) |
| 05/17/2011 | 56 (6 pgs) | Status report Filed by Debtor Bob Ray Rivera (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Dapeer, Philip) (Entered: 05/17/2011) |
| 05/18/2011 | 57 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Edward T Weber on behalf of Courtesy NEF. (Weber, Edward) (Entered: 05/18/2011) |
| 05/25/2011 | 58 (5 pgs) | Stipulation By Bob Ray Rivera and *US Trustee re continuance of status conference* Filed by Debtor Bob Ray Rivera (Dapeer, Philip) (Entered: 05/25/2011) |
| 05/25/2011 | 59 (4 pgs) | Order Granting Stipulation Continuing Status Conference hearing (Related Doc # 58) The hearing is continued to Thursday, July 14, 2011 at 8:30 a.m. in Courtroom 3043. Signed on 5/25/2011 (Mason, Shari) (Entered: 05/25/2011) |
| | 60 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)59 ORDER to continue/reschedule hearing) No. |

Exhibit A

1/24/2017                          CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)

| | | |
|---|---|---|
| 05/27/2011 | | of Notices: 2. Service Date 05/27/2011. (Admin.) (Entered: 05/27/2011) |
| 06/02/2011 | <u>61</u> (12 pgs) | Monthly Operating Report. Operating Report Number:. For the Month Ending 4/30/11 Filed by Debtor Bob Ray Rivera. (Dapeer, Philip) (Entered: 06/02/2011) |
| 06/16/2011 | <u>62</u> (3 pgs) | Notice *of Election Under 11 U.S.C. § 1111(b) to be Treated as Totally Secured for Purposes of Chapter 11 Plan Confirmation* Filed by Creditor The Bank of New York Mellon, as Trustee.... (Domeyer, Mark) (Entered: 06/16/2011) |
| 06/27/2011 | <u>63</u> (3 pgs) | Notice *of Secured Creditor, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders CWALT. Inc., Alternative Loan Trust 2006-15CB, Mortgage Pass-Through Certificates, Series 2006-15CB'S Election Under 11 U.S.C. §1111(b) to be Treated as Totally Secured for Purposes of Chapter 11 Plan Confirmation* Filed by Creditor The Bank of New York Mellon... (RE: related document(s)<u>1</u> Chapter 11 Voluntary Petition. Receipt Number O, Fee Amount $1039 Filed by Bob Ray Rivera, Debra Diane Rivera Schedule A due 11/12/2010. Schedule B due 11/12/2010. Schedule C due 11/12/2010. Schedule D due 11/12/2010. Schedule E due 11/12/2010. Schedule G due 11/12/2010. Schedule H due 11/12/2010. Schedule I due 11/12/2010. Schedule J due 11/12/2010. Statement of Financial Affairs due 11/12/2010. Statement - Form 22B Due: 11/12/2010. Summary of schedules due 11/12/2010. Declaration concerning debtors schedules due 11/12/2010. Disclosure of Compensation of Attorney for Debtor due 11/12/2010. Statistical Summary due 11/12/2010. Debtor Certification of Employment Income due by 11/12/2010. Incomplete Filings due by 11/12/2010.). (Domeyer, Mark) (Entered: 06/27/2011) |
| 06/29/2011 | <u>64</u> (35 pgs) | Monthly Operating Report. Operating Report Number:. For the Month Ending 5/31/11 Filed by Debtor Bob Ray Rivera. (Dapeer, Philip) WARNING: Item subsequently amended by docket no. 65. Modified on 6/29/2011 (Mason, Shari). (Entered: 06/29/2011) |
| 06/29/2011 | 65 | Notice to Filer of Error and/or Deficient Document **Document filed without electronic /s/ or holographic signature and/or was not accompanied by the required Local Bankruptcy form Electronic Filing Declaration. Document was not signed. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)<u>64</u> Monthly Operating Report filed by Debtor Bob Ray Rivera) (Mason, Shari) (Entered: 06/29/2011) |
| | <u>66</u> | Stipulation By BAYVIEW LOAN SERVICING, LLC and |

**Exhibit A**

| | | |
|---|---|---|
| 06/30/2011 | (2 pgs) | *Debtors, BOB RAY RIVERA and DEBRA DIANE RIVERA, to Set Aside Only that Portion of the Order on Motion for Setting Value of Properties* Filed by Creditor BAYVIEW LOAN SERVICING, LLC (Schloss, Edward) (Entered: 06/30/2011) |
| 06/30/2011 | 67 (2 pgs) | Stipulation By BAYVIEW LOAN SERVICING, LLC and *DEBTORS, Bob Ray Rivera and Debra Diane Rivera Annulling and Vacating Stay Re Property Located at 3697 Mariella St., Riverside, CA 92504* Filed by Creditor BAYVIEW LOAN SERVICING, LLC (Schloss, Edward) (Entered: 06/30/2011) |
| 07/05/2011 | 68 (5 pgs) | Order Granting (by Stipulation) Motion for relief from the automatic stay REAL PROPERTY with movant Bayview Loan Servicing, LLC (BNC-PDF) (Related Doc # 67) Signed on 7/5/2011 (Mason, Shari) (Entered: 07/05/2011) |
| 07/07/2011 | 69 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)68 Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 4. Service Date 07/07/2011. (Admin.) (Entered: 07/07/2011) |
| 07/13/2011 | 70 (45 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 1083 Crestbrook Drive, Riverside, CA 92506 *with Proof of Service*. Fee Amount $150, Filed by Creditor Wells Fargo Bank, N.A. (Attachments: 1 Exhibit (s) 1 - 5) (Garan, Todd) (Entered: 07/13/2011) |
| 07/13/2011 | | Receipt of Motion for Relief from Stay - Real Property(6:10-bk-45080-DS) [motion,nmrp] ( 150.00) Filing Fee. Receipt number 21410733. Fee amount 150.00. (U.S. Treasury) (Entered: 07/13/2011) |
| 07/13/2011 | | Hearing Set (RE: related document(s)70 Motion for Relief from Stay - Real Property filed by Creditor Wells Fargo Bank, N.A.) The Hearing date is set for 8/10/2011 at 10:30 AM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Deborah J. Saltzman (Mason, Shari) (Entered: 07/13/2011) |
| 07/18/2011 | 71 (11 pgs) | Motion to Use Cash Collateral Filed by Debtor Bob Ray Rivera (Dapeer, Philip) (Entered: 07/18/2011) |
| 07/19/2011 | | Hearing Set (RE: related document(s)71 Motion to Use Cash Collateral filed by Debtor Bob Ray Rivera) The Hearing date is set for 8/10/2011 at 10:30 AM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Deborah J. Saltzman (Mason, Shari) (Entered: 07/19/2011) |
| | 72 | Opposition to (related document(s): 70 Notice of motion and |

**Exhibit A**

1/24/2017                             CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)

| | | |
|---|---|---|
| 07/27/2011 | (11 pgs) | motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 1083 Crestbrook Drive, Riverside, CA 92506 *with Proof of Service.* Fee Amount $150, filed by Creditor Wells Fargo Bank, N.A., Hearing (Bk Motion) Set Filed by Debtor Bob Ray Rivera (Dapeer, Philip) (Entered: 07/27/2011) |
| 07/27/2011 | 73<br>(5 pgs) | Opposition to (related document(s): 71 Motion to Use Cash Collateral filed by Debtor Bob Ray Rivera) *to Debtors' Motion for Cash Collateral* Filed by Creditor The Bank of New York Mellon... (Domeyer, Mark) WARNING: Item subsequently amended by docket no. 74. Hearing is scheduled for 10:30 a.m. Modified on 7/28/2011 (Mason, Shari). (Entered: 07/27/2011) |
| 07/28/2011 | 74 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing time was selected. Hearing is scheduled for 10:30 a.m. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH CORRECT HEARING INFORMATION.** (RE: related document(s)73 Opposition filed by Creditor The Bank of New York Mellon...) (Mason, Shari) (Entered: 07/28/2011) |
| 07/29/2011 | 75<br>(3 pgs) | Errata *Re: Notice of Errata Re: Secured Creditor's Opposition to Debtors' Motion for Cash Collateral* Filed by Creditor The Bank of New York Mellon... (RE: related document(s)73 Opposition). (Domeyer, Mark) (Entered: 07/29/2011) |
| 08/01/2011 | 76<br>(5 pgs) | Order Approving Stipulation To Set Aside Only That Portion Of The Order On Motion For Setting Value Of Properties With Respect To Bayview Loan Servicing LLC And Property Located At 3697 Mariella St Riverside CA 92504 (Related Doc # 66) Signed on 8/1/2011 (Mason, Shari) (Entered: 08/01/2011) |
| 08/01/2011 | 77<br>(35 pgs; 2 docs) | Monthly Operating Report. Operating Report Number:. For the Month Ending 5/31/11 Filed by Debtor Bob Ray Rivera. (Attachments: 1 Volume(s) 2) (Dapeer, Philip) (Entered: 08/01/2011) |
| 08/01/2011 | 78<br>(41 pgs; 2 docs) | Monthly Operating Report. Operating Report Number:. For the Month Ending 6/30 Filed by Debtor Bob Ray Rivera. (Attachments: 1 Volume(s) 2) (Dapeer, Philip) (Entered: 08/01/2011) |
| 08/03/2011 | 79<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)76 Order (Generic)) No. of Notices: 4. Service Date 08/03/2011. (Admin.) (Entered: 08/03/2011) |
| | 86 | BNC Certificate of Notice . (Denson, Latisha) (Entered: |

Exhibit A

1/24/2017    CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)

| 08/03/2011 | (6 pgs) | 08/16/2011) |
|---|---|---|
| 08/04/2011 | <u>80</u><br>(10 pgs) | Stipulation By Wells Fargo Bank, N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB and *Bob Ray Rivera and Dbera Diane Rivera for Order Granting Relief From the Automatic Stay Under 11 U.S.C. 362 With Proof Of Service* Filed by Creditor Wells Fargo Bank, N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB (Garan, Todd) WARNING: Item subsequently amended by docket no. 81. PDF is an order only. Modified on 8/5/2011 (Mason, Shari). (Entered: 08/04/2011) |
| 08/05/2011 | 81 | Notice to Filer of Error and/or Deficient Document **Incorrect PDF was attached to the docket entry. The PDF is an Order for Relief from stay motion. Orders are to be uploaded via LOU. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)<u>80</u> Stipulation filed by Creditor Wells Fargo Bank, N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB) (Mason, Shari) (Entered: 08/05/2011) |
| 08/09/2011 | <u>82</u><br>(9 pgs) | Order Granting Motion (By Stipulation) for relief from the automatic stay REAL PROPERTY with movant Wells Fargo Bank, N.A. (BNC-PDF) (Related Doc # <u>70</u>) Signed on 8/9/2011 (Mason, Shari) (Entered: 08/09/2011) |
| 08/11/2011 | 83 | Hearing Held (Bk Motion) (RE: related document(s) <u>71</u> Motion to Use Cash Collateral) (Mason, Shari) - GRANTED - Tentative Ruling - Appearances required. Who owns this property? (Entered: 08/11/2011) |
| 08/11/2011 | <u>84</u><br>(10 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>82</u> Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 5. Service Date 08/11/2011. (Admin.) (Entered: 08/11/2011) |
| | <u>85</u><br>(10 pgs) | Stipulation By Wells Fargo Bank, N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB and *Bob Ray Rivera and Debra Diane Rivera for (AMENDED) Stipulation for Order Granting Motion For Relief From The Automatic Stay Under 11 U.S.C 362* Filed by Creditor Wells Fargo Bank, N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia |

Exhibit A

| | | |
|---|---|---|
| 08/12/2011 | | Mortgage FSB, formerly known as World Savings Bank, FSB (Garan, Todd) (Entered: 08/12/2011) |
| 08/26/2011 | 87 (7 pgs) | Order Granting Motion To Use Cash Collateral (Related Doc # 71) Signed on 8/26/2011 (Jeanmarie, Cynthia) (Entered: 08/26/2011) |
| 08/28/2011 | 88 (8 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)87 Order on Motion to Use Cash Collateral) No. of Notices: 5. Service Date 08/28/2011. (Admin.) (Entered: 08/28/2011) |
| 09/07/2011 | 89 (44 pgs) | Monthly Operating Report. Operating Report Number:. For the Month Ending 7/31/11 Filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera. (Dapeer, Philip) (Entered: 09/07/2011) |
| 09/22/2011 | 90 (10 pgs) | Ex parte application *for continuance of due date for filing plan and disclosure statement* Filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera (Dapeer, Philip) (Entered: 09/22/2011) |
| 09/27/2011 | 91 (5 pgs) | Order Granting ORDER on Ex Parte Application Re Continued Due Date for Filing Disclosure Statement and Plan and Hearing on Approval of Disclosure Statement (Related Doc # 90) The debtor's may have an extension of time to and including October 31, 2011 within which to serve and file their original plan and disclosure statement, and the hearing on approval of the disclosure statement will take place on Tuesday, December 6, 2011 at 11 a.m. in Courtroom 304. Signed on 9/27/2011 (Mason, Shari) (Entered: 09/27/2011) |
| 09/28/2011 | 92 (42 pgs) | Monthly Operating Report For the Month Ending August 2011 Filed by Debtor Bob Ray Rivera , Joint Debtor Debra Diane Rivera . (Mason, Shari) (Entered: 09/28/2011) |
| 09/29/2011 | 93 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)91 ORDER to continue/reschedule hearing) No. of Notices: 5. Service Date 09/29/2011. (Admin.) (Entered: 09/29/2011) |
| 10/21/2011 | 94 (41 pgs) | Monthly Operating Report. For the Month Ending Sept 2011 Filed by Debtor Bob Ray Rivera , Joint Debtor Debra Diane Rivera . (Mason, Shari) (Entered: 10/21/2011) |
| 10/31/2011 | 95 (6 pgs) | Motion for approval of chapter 11 disclosure statement Filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera (Dapeer, Philip) (Entered: 10/31/2011) |
| 10/31/2011 | 96 (29 pgs) | Chapter 11 Plan of Reorganization Filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera. (Dapeer, Philip) (Entered: 10/31/2011) |
| 10/31/2011 | 97 (25 pgs) | Disclosure Statement Filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera. (Dapeer, Philip) (Entered: 10/31/2011) |
| | | Hearing Set (RE: related document(s)95 Motion for approval of |

Exhibit A

1/24/2017                                    CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)

| | | |
|---|---|---|
| 11/01/2011 | | chapter 11 disclosure statement filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera) The Hearing date is set for 12/6/2011 at 11:00 AM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Deborah J. Saltzman (Mason, Shari) (Entered: 11/01/2011) |
| 11/17/2011 | 98 (7 pgs) | Objection (related document(s): 97 Disclosure Statement filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera) Filed by Creditor Ford Motor Credit Company LLC (Mroczynski, Randall) (Entered: 11/17/2011) |
| 11/21/2011 | 99 (41 pgs) | Monthly Operating Report. Operating Report For the Month Ending Oct 2011 Filed by Debtor Bob Ray Rivera , Joint Debtor Debra Diane Rivera . (Mason, Shari) (Entered: 11/22/2011) |
| 11/22/2011 | 100 (13 pgs) | Objection (related document(s): 97 Disclosure Statement filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera) *RE: Secured Creditor's Objections to Approval of Debtors' Disclosure Statement* Filed by Creditor The Bank of New York Mellon... (Domeyer, Mark) (Entered: 11/22/2011) |
| 11/22/2011 | 101 (14 pgs) | Objection (related document(s): 97 Disclosure Statement filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera) Filed by Creditor Wells Fargo Bank, N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB (Vigil, Darlene) (Entered: 11/22/2011) |
| 11/22/2011 | 102 (10 pgs) | Objection (related document(s): 97 Disclosure Statement filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera) *with proof of service* Filed by U.S. Trustee United States Trustee (RS) (Green, Everett) (Entered: 11/22/2011) |
| 11/29/2011 | 103 (10 pgs) | Reply to (related document(s): 96 Chapter 11 Plan filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera, 97 Disclosure Statement filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera) Filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera (Dapeer, Philip) (Entered: 11/29/2011) |
| 12/07/2011 | 104 (3 pgs) | DocumenT, Hearing Held (RE: related document(s)95 Motion for approval of chapter 11 disclosure statement filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera) (Mason, Shari) (Entered: 12/07/2011) |
| 12/16/2011 | 105 (6 pgs) | Order On Motion For Approval Of Disclosure Statement - The hearing on the debtors' continued motion for approval of disclosure statement shall take place February 7, 2012 at 11:00 a.m. in Courtroom 304. Signed on 12/16/2011 (RE: related document(s)95 Motion for approval of chapter 11 disclosure statement filed by Debtor Bob Ray Rivera, Joint Debtor Debra Diane Rivera). (Mason, Shari) (Entered: 12/16/2011) |

Exhibit A

| | | |
|---|---|---|
| 12/16/2011 | | Hearing (Bk Motion) Continued (RE: related document(s) 95 MOTION FOR APPROVAL OF CHAPTER 11 DISCLOSURE STATEMENT filed by Bob Ray Rivera) Hearing to be held on 02/07/2012 at 11:00 AM 3420 Twelfth Street Courtroom 304 Riverside, CA 92501 for 95 , (Jeanmarie, Cynthia) (Entered: 12/16/2011) |
| 12/22/2011 | 106 (38 pgs) | Monthly Operating Report. For the Month Ending November 2011 Filed by Debtor Bob Ray Rivera , Joint Debtor Debra Diane Rivera . (Mason, Shari) (Entered: 12/27/2011) |

Exhibit A

Case 6:10-bk-45080-SY    Doc 250-1    Filed 01/24/17    Entered 01/24/17 13:38:44    Desc
Declaration of Adam N. Barasch in support of Ex-Parte Motion to Reopen Case wit    Page 21 of 28

Case 6:10-bk-45080-SY    Doc 9    Filed 11/12/10    Entered 11/15/10 16:06:57    Desc
Main Document    Page 4 of 58

B6A (Official Form 6A) (12/07)

In re __Bob Ray Rivera & Debra Diane Rivera__    Case No. __6:10-bk- 45080 DS__
_____Debtor_____                                 _____(If known)_____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1083 Crestbrook Drive<br>1083 Castlebrook Drive<br>Riverside, CA 92506 | Fee Simple | C | 390,000.00 | Exceeds Value |
| 516 Loara<br><br>516 Loara<br>Anaheim, CA | Fee Simple | C | 450,000.00 | 119,420.00 |
| 508 Loara<br>508 Loara<br>Anaheim, CA | Fee Simple | C | 450,000.00 | 428,260.00 |
| 4651 Orange Vista<br>4651 Orange Vista<br>Riverside, CA | Fee Simple | C | 190,000.00 | 189,524.00 |
| 7270 Orchard | Fee Simple | C | 190,000.00 | Exceeds Value |

Total _____

(Report also on Summary of Schedules.)

Exhibit B

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.7-754 - 32040-301X-00040

B6A (Official Form 6A) (12/07)

In re   Bob Ray Rivera & Debra Diane Rivera                                    Case No.  6:10 bk 45080 DS
                         **Debtor**                                                                (If known)

## SCHEDULE A - REAL PROPERTY
### (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 7270 Orchard Riverside, CA | | | | |
| 1424 Pace Court 1424 Pace Court Riverside, CA | Fee Simple | C | 175,000.00 | 149,562.00 |
| Reese, Riverside Reese Riverside, CA | Fee Simple | C | 175,000.00 | Exceeds Value |
| 590 Gilmar 590 Gilmar Anaheim, CA | Fee Simple | C | 435,000.00 | 368,635.00 |
| 4507 Suwannee Street 4507 Suwannee Street Riverside, CA | Co-ownership with son | C | 190,000.00 | Exceeds Value |
| 26492 Silverado Ct. 26492 Silverado Ct. Moreno Valley, CA | Co-ownership with son | C | 175,000.00 | 159,843.00 |
| Total ➤ | | | 2,820,000.00 | |

(Report also on Summary of Schedules.)

Exhibit B

*Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.7-754 - 32049-301X-00910*

1    Christopher M. McDermott (SBN 253411)
     cmcdermott@piteduncan.com
2    Matthew R. Clark (SBN 271054)
     mclark@piteduncan.com
3    Todd S. Garan (SBN 236878)
     tgaran@piteduncan.com
4    **PITE DUNCAN, LLP**
     4375 Jutland Drive, Suite 200
5    P.O. Box 17933
     San Diego, CA 92177-0933
6    Telephone: (858) 750-7600
     Facsimile: (619) 590-1385
7

8    Attorneys for
     Wells Fargo Bank, N.A.

9                **UNITED STATES BANKRUPTCY COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

11   | In re | Case No. 6:10-bk-45080 |

12   BOB RAY RIVERA AND DEBRA DIANE       Chapter 11
     RIVERA,
13                                         **STIPULATION RE: TREATMENT OF**
              Debtors.                     **WELLS FARGO BANK, N.A.'S CLAIM**
14                                         **UNDER DEBTORS' PROPOSED**
                                           **CHAPTER 11 PLAN OF**
15                                         **REORGANIZATION**

16                                         <u>**PRINCIPAL RESIDENCE**</u>:
                                           1083 Crestbrook Drive,
17                                         Riverside, CA 92506

18                                         <u>**CONFIRMATION HEARING**</u>:
                                           Date: January 31, 2013
19                                         Time: 1:30 p.m.
                                           Ctrm:
20

21          This Stipulation ("Stipulation") is entered into by and between Secured Creditor Wells

22   Fargo Bank, N.A. ("Wells Fargo"), by and through its attorneys of record, Pite Duncan LLP, and

     Bob Ray Rivera and Debra Diane Rivera, (the "Debtors"), by their attorney of record, Philip
23
     Dapeer.
24
            The property which is the subject of this matter is commonly known as 1083 Crestbrook
25
     Drive, Riverside, CA 92506 (hereinafter the "Subject Property").
26
            On or about May 19, 2008, Debtors, for valuable consideration, made, executed and
27
     delivered to Wachovia Mortgage, FSB ("Wachovia") a Note in the principal sum of $384,000.00
28
     (the "Note").

STIPULATION RE: TREATMENT OF WELLS FARGO BANK, N.A.'S CLAIM UNDER DEBTORS'
PROPOSED CHAPTER 11 PLAN OF REORGANIZATION

Exhibit C

1    On or about May 19, 2008, Debtors made, executed and delivered to Wachovia a Deed of

2    Trust (the "Deed of Trust") granting Wachovia a security interest in the Subject Property. The

3    Deed of Trust was recorded on April 8, 2008, in the Official Records of Riverside County, State

4    of California.

5    On or about November 1, 2009, Wachovia converted to a national bank with the name

6    Wells Fargo Bank Southwest, National Association.  Additionally, effective November 1, 2009,

7    Wells Fargo Bank Southwest, National Association merged with Wells Fargo Bank, National

8    Association.

9    On or about March 26, 2010, Debtors entered into a Loan Modification Agreement

10    ("Loan Modification") with Wells Fargo thereby modifying the unpaid principal balance due

11    under the Note to $402,205.68 to be amortized over the remaining term of the Note at 6.5%

12    interest per annum with a monthly payment of principal and interest in the amount of $2,605.08.

13    On or about October 29, 2010, Debtors filed a voluntary petition under Chapter 11 of the

14    Bankruptcy Code in the Central District of California-Riverside Division and were assigned

15    bankruptcy case no. 10-bk-45080.

16    On or about June 11, 2012, Debtors filed their Third Amended Chapter 11 Plan (the

17    "Plan").

18    On or about July 30, 2012, Wells Fargo filed its Objection to Confirmation of Debtors'

19    Plan of Reorganization.

20    At the Confirmation Hearing held August 23, 2012, the court ordered further briefing on

21    the issue of whether Debtors were permitted to cure contractual arrears over a period of longer

22    than sixty (60) months and whether that amounted to a modification in violation of 11 U.S.C. §

23    1123(b)(5).

24    At the hearing on October 2, 2012, the Court held that the cure of contractual arrears over

25    a period of longer than sixty (60) months was an impermissible modification to the right of a

26    claim secured solely by the Debtors' principal residence.

27    On or about October 26, 2012, Debtors' filed their Objection to Claim # 19-2 of Wells

28    Fargo entered at Docket Number 175 ("Objection to Claim").

- 2 -                                            CASE NO. 6:10-bk-45080

STIPULATION RE: TREATMENT OF WELLS FARGO BANK, N.A.'S CLAIM UNDER DEBTORS'
PROPOSED CHAPTER 11 PLAN OF REORGANIZATION

Exhibit C

1    Since that time, the parties have been involved in discussions attempting to resolve the

2    dispute over the current amount of contractual arrears owed on the Loan.

3    **THE PARTIES STIPULATE AS FOLLOWS:**

4    1.    Wells Fargo's claim secured by the Subject Property shall not be modified by the

5    Debtors' Plan pursuant to 11 U.S.C. § 1123(b)(5) as Wells Fargo's claim is secured by the

6    Debtors' principal residence. Wells Fargo's claim shall be impaired pursuant to 11 U.S.C. § 1124

7    only to the extent that Debtors shall cure the contractual arrears as set forth herein.

8    2.    Debtors shall tender regular monthly payments to Wells Fargo at the contractual amount

9    per the Note, Loan Modification, and Deed of Trust commencing **February 1, 2013**, and

10   continuing on the first day of each month thereafter, until all outstanding amounts owed under

11   the Note, Loan Modification, and Deed of Trust are paid in full.

12   3.    Debtors shall cure the contractual arrears owing on Wells Fargo's claim in the amount of

13   $73,099.36 in equal monthly installments over the next sixty (60) months. Debtors shall tender

14   arrearage payments in the amount of **$1,218.32** per month commencing on **February 1, 2013**,

15   but not later than February 15, 2013, and continuing on the first day of each month thereafter, but

16   not later than the fifteenth of each month thereafter, until the contractual arrears owing on Wells

17   Fargo's claim have been fully cured.

18   4.    Debtors shall maintain real property taxes and real property hazard insurance for the

19   Subject Property and provide proof of said insurance to Wells Fargo on a timely basis.

20   5.    Except as otherwise expressly provided herein, all remaining terms of the Note, Loan

21   Modification, and Deed of Trust shall govern the treatment of Wells Fargo's Secured Claim.

22   6.    In the event of any future default on any of the above-described provisions, inclusive of

23   this Stipulation, Wells Fargo shall provide written notice via first-class mail to Debtors at 1083

24   Crestbrook Drive, Riverside, CA 92506, and to Debtors' attorney of record, Philip Dapeer at

25   2625 Townsgate Rd., Ste 330, Westlake Village, CA 91361, indicating the nature of default. If

26   Debtors fail to cure the default with certified funds after passage of thirty (30) calendar days

27   from the date said written notice is placed in the mail, then the Automatic Stay shall terminate

28   and Wells Fargo may proceed to foreclose its security interest in the Subject Property under the

STIPULATION RE: TREATMENT OF WELLS FARGO BANK, N.A.'S CLAIM UNDER DEBTORS'
PROPOSED CHAPTER 11 PLAN OF REORGANIZATION

Exhibit C

1   terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter

2   commence any action necessary to obtain complete possession of the Subject Property without

3   further notice, order, or proceeding of this Court.

4   7.    The acceptance by Wells Fargo of a late or partial payment shall not act as a waiver of

5   Wells Fargo's right to proceed hereunder.

6   8.    In the event that Wells Fargo is granted relief from the automatic stay, the parties hereby

7   stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

8   9.    In the event the Debtors default under this Stipulation and Wells Fargo forwards a 30-day

9   letter to Debtors, they shall be required to tender $100.00 for each default letter submitted in

10   order to cure the default.

11   10.    At the request of Wells Fargo, the Debtors shall execute such documents and instruments

12   as are necessary to reflect the Debtors as the borrowers of the Secured Claim, and to modify the

13   terms of the obligation to conform with the provisions of the this Stipulation.

14   11.    The terms of this Stipulation may not be modified, altered, or changed by the Plan, any

15   confirmation order thereon, any subsequently filed Amended Chapter 11 Plan of Reorganization

16   and confirmation order thereon without the express written consent of the Wells Fargo. The

17   terms of this Stipulation shall be incorporated into the Plan and/or any subsequently filed

18   Amended Chapter 11 Plan of Reorganization. In the event the terms of this Stipulation conflict

19   with the terms of the Debtors' Chapter 11 Plan, any amendments or modifications thereto, or any

20   confirmation order thereon, the terms of this Stipulation shall control.

21   12.    In the event the Debtors' case is dismissed or converted to any other chapter under Title

22   11 of the United States Bankruptcy Code, Wells Fargo shall retain its lien in the full amount due

23   under the Note and the automatic stay shall be terminated without further notice, order, or

24   proceeding of the court.

25   /././

26   /././

27   /././

28   /././

1  13.    The Parties agree that Creditor's Objection at **Docket Number 150** shall be deemed

2  withdrawn.

3  14.    The Parties agree that this Stipulation shall constitute the withdrawal of Debtors'

4  Objection to Claim at **Docket Number 175** and shall vacate the hearing on Debtors' Objection

5  to Claim currently scheduled for January 31, 2013.

6  15.    In exchange for the foregoing, this Stipulation shall constitute a ballot voting in favor of

7  the Debtors' Chapter 11 Plan of Reorganization.

8

9  **IT IS SO STIPULATED:**

10

11  Dated:  1/26/13

12  PHILIP DAPEER
   Attorney for the Debtors

13

14  PITE DUNCAN, LLP

15

16  Dated:  1/28/2013

   CASEY O'CONNELL
17  Attorneys for Wells Fargo Bank, N.A.

18

19

20

21

22

23

24

25

26

27

28

- 5 -                                    CASE NO. 6:10-bk-45080

STIPULATION RE: TREATMENT OF WELLS FARGO BANK, N.A.'S CLAIM UNDER DEBTORS'
PROPOSED CHAPTER 11 PLAN OF REORGANIZATION

Exhibit C

Case 6:10-bk-45080-SY    Doc 250-1    Filed 01/24/17    Entered 01/24/17 13:38:44    Desc
Declaration of Adam N. Barasch in support of Ex-Parte Motion to Reopen Case wit    Page 28 of 28
Case 6:10-bk-45080-SY    Doc 190-1    Filed 01/28/13    Entered 01/28/13 09:15:33    Desc
Proof of Service    Page 1 of 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **4375 Jutland Drive, Suite 200, San Diego, CA 92117.**

A true and correct copy of the foregoing document entitled: <u>**Stipulation re: Treatment of Wells Fargo Bank, N.A.'s Claim under Debtors' Proposed Chapter 11 Plan of Reorganization**</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 28, 2013** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Richard J Bauer    rbauer@mileslegal.com
Patrick K Bruso    generalmail@alvaradoca.com
Philip D Dapeer    PhilipDapeer@AOL.com
Mark Domeyer    mdomeyer@mileslegal.com
Abram Feuerstein    abram.s.feuerstein@usdoj.gov
Randall P Mroczynski    randym@cookseylaw.com
Edward G Schloss    egs2@ix.netcom.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Darlene C Vigil    cdcaecf@bdfgroup.com
Edward T Weber    bknotice@rcolegal.com

☐  Service information continued on attached page

**2.  <u>SERVED BY UNITED STATES MAIL</u>:** On **January 28, 2013** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Deborah J. Saltzman, U.S. Bankruptcy Court, 3420 Twelfth St., Ste 385 / Crtrm 304, Riverside, CA 92501-3819
Bob Ray Rivera and Debra Diane Rivera, 1083 Crestbrook Drive, Riverside, CA 92506

☐  Service information continued on attached page

**3.  <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)</u>:** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **January 28, 2013** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 28, 2013 | Dylan A. Oliver | /s/ Dylan A. Oliver |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    Exhibit C                    **F 9013-3.1.PROOF.SERVICE**